**FILED**
**JANUARY 16, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 369**

**JUDGE CASTILLO**
**MAGISTRATE JUDGE BROWN**

# Exhibit A

Int. Cl.: 11

Prior U.S. Cl.: 34

**United States Patent and Trademark Office**  Reg. No. 1,109,952
Registered Dec. 26, 1978

## TRADEMARK
### Principal Register

## MIDDLEBY-MARSHALL

Middleby-Marshall Oven Company (Texas corporation)
8300 Austin Ave.
Morton Grove, Ill.  60053

For: OVENS FOR BAKING FOOD, in CLASS 11 (U.S. CL. 34).
First use 1890; in commerce 1890.
Owner of Reg. Nos. 237,729 and 731,845.

Ser. No. 156,932, filed Jan. 30, 1978.

S. MOSKOWITZ, Examiner

# Exhibit B

Registered Nov. 4, 1941                                                    Trade-Mark 391,399

Republished, under the Act of 1946, Oct. 19, 1948, by
The G. S. Blodgett Co., Inc., Burlington, Vt.

Affidavit under Section 8 accepted.
Affidavit under Section 15 received, Dec. 4, 1953.

# UNITED STATES PATENT OFFICE

The G. S. Blodgett Co. Inc., Burlington, Vt.

Act of February 20, 1905

Application June 23, 1941, Serial No. 444,749

# BLODGETT

## STATEMENT

*To the Commissioner of Patents:*

The G. S. Blodgett Co. Inc., a corporation duly organized under the laws of the State of Vermont and located at Burlington, in the county of Chittenden, State of Vermont, and doing business at 53–59 Maple Street, Burlington, Vermont, has adopted and used the trade-mark shown in the accompanying drawing, for BAKING AND ROASTING OVENS, in Class 34, Heating, lighting, and ventilating apparatus, and presents herewith five specimens showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905.

The trade-mark has been continuously used and applied to said goods in applicant's business and in the business of its predecessors from whom it derived title since 1850.

The trade-mark is applied or affixed to the goods, or to the packages containing the same, by placing thereon a name-plate or label on which the trade-mark is shown.

The mark has been in actual use as a trade-mark by the applicant, and applicant's predecessors from whom title was derived, for ten years next preceding February 20, 1905, and such use has been exclusive.

Applicant is the owner of registration No. 149,641 of December 20, 1921.

The undersigned hereby appoints Malcolm F. Gannett, whose postal address is 2556 University Place N. W., Washington, D. C. (registration No. 10,711), its attorney, to prosecute this application for registration, with full power of substitution and revocation, and to make alterations and amendments therein, to receive the certificate, and to transact all business in the Patent Office connected therewith.

THE G. S. BLODGETT CO. INC.,
By ROBERT F. PATRICK,
*Assistant Treasurer.*

# Exhibit C



# Pizza Equipment Supply Inc.

**Billing Address:**
1437 E. Franklin Blvd., Suite 232
Gastonia, NC 28054

Contact our Office at: (704) 629-0000 x 15
After Hours (704) 678-8668
Fax: (707) 371-7112
E-mail: mailto:rsroufe@pesi.us
www.pesi.us

**Headquarters**
201 N. Sweetree Street
Cherryville, NC 28021

Attn: Equipment & Parts Purchaser,

P.E.S.I. is a company that specializes in rebuilding conveyor ovens. We offer dozens of makes and models; including those that your company uses. In addition to our impressive refurbishing process, we offer a huge selection of supplementary machines, products and most replacement parts. Along with our unbelievable products and pricing, we also ship all over the world.

What is refurbishing? Basically, we replace everything that makes an oven operate. This means we replace speed/temperature controllers, motors, etc. We back our refurbished ovens with a 30 day service and 1 year parts warranty. We take pride in our refurbishing process and have faith in your satisfaction.

There are several ways we can help your business's bottom line. With the dynamic buying power of our company, we can offer OEM & Aftermarket parts at bottom line, and well-below-list pricing. Another interesting way our company strives to serve our customers is with our swap-out program. Put simply, we will replace your "old" ovens with our "new" refurbished ovens and take those "old" ovens off your hands for only $3,500.00 each. What a deal, right? As if that is not enough, you can also write off the purchase of an oven from us just as you would the purchase of a brand new oven, since it is "like new" with a warranty.

The last point we'd like to mention relates to our growing smallwares department. Over the past few years our company has aggressively sought the best vendors and pricing on the little things that complete your business. We have done our homework and found suppliers that offer quality products at competitive prices. P.E.S.I. is now equipped to be your one stop shop for all your equipment, parts, and the miscellaneous items your store uses and breaks everyday.

With our customers in mind to provide you the BEST support, we have service technicians & customer service representatives here to aid with your questions and needs. We are in the final stages of revamping our website to offer parts and product orders online. In addition to my help, we have a friendly staff willing to accommodate your needs at any time. And finally, did I mention our prices? I look forward to cutting your costs, improving your business and working with you soon.
Sincerely,


Ralph Sroufe
Sales Manager
Pizza Equipment Supply Inc.

*Sales • Installation • Parts • Service*

 

**704.629.0000—707.371.7112 fax—WWW.PESI.US**

Mixers:  Berkel Stephan

Ovens:  Middleby Marshall · Lincoln · BLODGETT



20 Quart—Hobart A-200 $1,500.00 Refurbished
(Bowl, Hook, Paddle, Whip)
30 Quart—Hobart D-300 $3,000.00 Refurbished
(Bowl, Hook, Paddle, Whip)
40 Quart—Hobart D-340 $3,500.00 Refurbished
(Bowl, Hook, Paddle, Whip)
40 Liter—Stephan, Berkel, Hobart
$4,500.00 Refurbished
(Knead Mix Shaft, Nut, Tool Kit)
44 Liter—Stephan VCM-44 $5,500 Refurbished
(Knead Mix Shaft)
60 Quart—Hobart H600 $5,000.00 Refurbished
(Bowl and Dough Hook)

Lincoln—1301(Electric) $2,250.00 Refurbished
Lincoln—1116/1117(Gas)-1132/1133(Electric) $3,250.00 Refurbished
Lincoln—1000 Analog(Gas) $5,500.00 Refurbished
Lincoln—1000 Digital(Gas) $6,000.00 Refurbished
Lincoln—1040 Digital(Gas) $7,000.00 Refurbished
Lincoln—1450(Gas)/1452(Electric) $7,500.00 Refurbished
Middleby Marshall—JS250(Gas) $5,000.00 Refurbished
Middleby Marshall—PS220(Gas) $5,000.00 Refurbished
Middleby Marshall—PS224(Gas) $5,500.00 Refurbished
Middleby Marshall—PS200(Gas) $6,500.00 Refurbished
Middleby Marshall—PS350(Gas) $6,500.00 Refurbished
Middleby Marshall—PS360(Gas) $9,000.00 Refurbished
Middleby Marshall—PS360WB70(Gas) $10,000.00 Refrb
Middleby Marshall—PS536(EorG) $4,500.00 Refurbished
Middleby Marshall—PS570(Gas) $12,000.00 Refurbished
Blodgett—MG32-55 $6,250.00 Refurbished
Blodgett—MG32-70 $6,750.00 Refurbished
Blodgett—MT3255 $6,750.00 Refurbished
Blodgett—MT3270 $7,750.00 Refurbished
Blodgett—MT3855 $8,250.00 Refurbished
Blodgett—MT3870 $9,250.00 Refurbished

**Exhaust Packages:**  

*Class I-Exhaust-Only Package*—Stainless Steel Hood with Filters/Fan
NEW $3,000—Up to 10'x6'
*Class I-Exhaust & Make-Up Air Package*—Stainless Steel Hood
with Filters/Fans(Make-Up & Exhaust)
NEW $4,000—Up to 10'x6'



**Sheeters/Dough Rollers:**

Acme—MR-11 $1,500 Refurbished
Acme—MRS-11 $2,000 Refurbished
Anets—SDR-21 $2,500.00 Refurbished—$3,850.00 NEW
Somerset—CDR-2000 $2,500.00 Refurbished—$3,250.00 NEW

**ACME   SOMERSET**

**turbo air   Refrigerated Tables:**

Sandwich/Salad Unit—27" NEW—Starting at $1,175.00
Sandwich/Salad Unit—48" NEW—Starting at $1,885.00
Pizza Prep Unit—88" NEW—Starting at $3,500.00
Pizza Prep Unit—93" NEW—Starting at $4,250.00
Pizza Prep Unit—119" NEW—Starting at $5,500.00

**Walk-In Coolers:**

8' x 10' x 7'2" Complete—Floorless—NEW $5,500.00
8' x 12' x 7'2" Complete—Floorless—NEW $6,000.00
8' x 14' x 7'2" Complete—Floorless—NEW $6,500.00

  

**Reach-Ins:**

Single Door(Cooler) - Stainless Steel– Starting at $1,800.00 NEW
Single Door(Cooler) - Epoxy Coated-Starting at $1,050.00 NEW
Single Door(Freezer) - Stainless Steel-Starting at $2,100.00 NEW
Single Door(Freezer) - Epoxy Coated-Starting at $1,100.00 NEW
Double Door(Cooler) - Stainless Steel-Starting at $2,400.00 NEW
Double Door(Freezer) -Stainless Steel-Starting at $3,000.00 NEW

**Sinks:**
Mop Sink—$230.00—NEW
Prep Sink—$300.00—NEW
Prep Sink with 18" Drainboard—$350.00 NEW
Prep Sink with 24" Drainboard—$375.00 NEW
3 Compartment Sink with 2-18" Drainboards-$550.00-NEW
4 Compartment Sink with 2-18" Drainboards-$650.00-NEW
Handsink –Stainless Steel with Faucet—$135.00-NEW

| Stainless Steel Tables: | NEW | | Backsplash | |
|---|---|---|---|---|
| 24"x24" $165 | 30"x18" $160 | 24"x30" $180 | 30"x30" $185 |
| 24"x30" $170 | 30"x30" $170 | 24"x48" $195 | 30"x36" $195 |
| 24"x36" $175 | 30"x36" $175 | 24"x72" $235 | 30"x48" $205 |
| 24"x48" $185 | 30"x48" $185 | | 30"x60" $225 |
| 24"x60" $195 | 30"x60" $195 | | 30"x72" $245 |
| 24"x72" $205 | 30"x72" $205 | | 30"x96" $335 |

**Wire Shelving: Complete 4 shelves/4 poles**

| Chrome | | | | | | NEW | | |
|---|---|---|---|---|---|---|---|---|
| 14"x36" $110.50 | 18"x36" $126.41 | 21"x36" $134.73 | 24"x36" $144.46 |
| 14"x48" $123.97 | 18"x48" $142.32 | 21"x48" $149.92 | 24"x48" $165.31 |
| 14"x60" $141.28 | 18"x60" $159.85 | 21"x60" $176.28 | 24"x60" $194.84 |
| 14"x72" $158.76 | 18"x72" $182.31 | 21"x72" $205.09 | 24"x72" $221.36 |

| Epoxy | | | NEW | | |
|---|---|---|---|---|---|
| 14"x36" $98.54 | 18"x36" $135.74 | 24"x36" $124.26 |
| 14"x48" $110.24 | 18"x48" $118.09 | 24"x48" $148.18 |
| 14"x60" $125.84 | 18"x60" $157.26 | 24"x60" $176.34 |
| 14"x72" $147.94 | 18"x72" $176.50 | 24"x72" $205.50 |



*New Equipment comes with Manufacturer's Warranty. Refurbished Equipment comes with 30 days Service and 1 Year Parts Warranty.*
*12/01/06—Prices are subject to change and/or misprints shall not be honored, so please call to verify prices and availability.*

VISA










704.629.0000
707.371.7112
WWW.PESI.US



# Oven Parts Below OEM & Others
## Commonly Replaced Parts








| Item | Part # | Description | OEM List | PESI Price | Comments |
|---|---|---|---|---|---|
| 1 | 58504 | Kit Honeywell Temp Cntrl 550 Deg | $765.29 | $560.00 | OEM-Honeywell |
| 1 | 30-A-01-5038 | On-Off Temperature Controller with CD & High Temp Prot. | | $250.00 | AM-Duplicate of Honeywell |
| 1 | 30-A-01-5039 | Modulating Temp Controller with CD & High Temp Prot. | | $250.00 | AM-Duplicate of Honeywell |
| 2 | 47796 | Mtr, Gear 1/22 HP 1400:1 BOD | $591.10 | $475.00 | OEM-Bodine |
| 2 | 30-A-01-5022 | Mtr, Gear 1/22 HP 1400:1 Baldor | | $265.00 | AM-Baldor |
| 3 | 22450-0052 | Brush, Set of 2 Carbon E30 | $50.11 | $15.00 | OEM |
| 4 | 58323 | Cntrl, Conv. Digital | $410.10 | $350.00 | OEM |
| 5 | 46451 | Kit, Conveyor Control Pick-Up | $142.13 | $80.00 | OEM |
| 6 | 33984 | Kit, Thermocouple PS300/570 | $129.60 | $50.00 | OEM |
| 7 | 27392-002 | Fan, Axial 115V 110 CFM 50/60 Hz | $44.85 | $15.00 | OEM |
| 8 | 27381-0023 | Motor, 1/3HP 110/220V 50/60 1 PH | $274.32 | $200.00 | OEM-PS360S |
| 8 | 27381-0054 | Motor, 1/4HP 208-230V 60Hz 1 PH | $345.60 | $200.00 | OEM-PS360Q |
| | 22523-0002 | Wheel, Blower Single Inlet CW | $229.14 | $59.00 | OEM |
| | 22523-0003 | Wheel, Blower Single Inlet CCW | $229.14 | $59.00 | OEM |
| 9 | 42810-0114 | Kit, Ignition Module W/Adaptor | $183.60 | $95.00 | OEM |
| 10 | 27170-0011 | Assy, Motor & Fan Burner | $172.80 | $95.00 | OEM |
| 11 | 28091-0017 | VALVE, SOL 1/2 NPT 1/2 PSI | $83.29 | $50.00 | OEM |
| 12 | 41647 | Valve, module M420 | $263.25 | $150.00 | OEM |
| 13 | 31651 | Amplifier, Signal 4-20 VDC | $168.03 | $100.00 | OEM |
| 14 | 32102 | Air Switch | $160.54 | $135.00 | OEM |

Thousands of parts in Stock—OEM, Discounted, and Hard to Find parts. Ship Same Day, Ground and Worldwide

CALL ABOUT OUR SWAP-OUT PROGRAM
Any Oven—Cut Your Down Times
Ship Today
30 day Guarantee on Most Merchandise

We Buy and Trade-In Equipment
We use our PESI fleet of trucks to Deliver & Set Up or Pick Up Equipment