**FILED**

**JANUARY 16, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 369**

**JUDGE CASTILLO**
**MAGISTRATE JUDGE BROWN**

# Exhibit D



PMQ's

# Pizza Magazine

10TH Anniversary

OCTOBER 2007 • $8.00

WWW.PMQ.COM

**FUEL PIZZA**
PMQ revisits the pizzeria that graced our Fall 1999 cover
Page 36

**BEST PIZZA IN AMERICA**
PMQ's Orlando Pizza Show gathers the industry's best
Page 50

**9 WAYS TO STOP EMPLOYEE THEFT**
Tips to prevent stealing before it happens
Page 42

POSTMASTER:
Change Service
Requested
PMQ Inc.
605 Edison St.
Oxford, MS 38655

