FILED
JANUARY 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| MIDDLEBY MARSHALL INC., a Delaware corporation, and G.S. BLODGETT CORPORATION, a Vermont corporation v. PIZZA EQUIPMENT SUPPLY, INC., a North Carolina corporation | **08 C 369** |

**JN.**

**JUDGE CASTILLO**
**MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PLAINTIFFS:

MIDDLEBY MARSHALL INC. and G.S. BLODGETT CORPORATION

| NAME (Type or print) |
|---|
| Martin L. Stern |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Martin L. Stern |

| FIRM |
|---|
| Michael Best & Friedrich LLP |

| STREET ADDRESS |
|---|
| 180 N. Stetson Avenue, Suite 2000 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 02727307 | 312 222-0800 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐