**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| MIDDLEBY MARSHALL INC., <br> a Delaware corporation, and <br> G.S. BLODGETT CORPORATION, <br> a Vermont corporation,, <br><br> Plaintiff, <br><br> v. <br><br> PIZZA EQUIPMENT SUPPLY, INC., <br> a North Carolina corporation, <br><br> Defendants. | Civil Action No. <br><br><br> **08 C 369** <br><br> **JUDGE CASTILLO** <br> **MAGISTRATE JUDGE BROWN** |

**PLAINTIFFS' DISCLOSURE STATEMENT**

Pursuant to Local 3.2, Plaintiffs, Middleby Marshall Inc. and G.S. Blodgett Corporation,

furnish the following:

1.    The full name of every party or amicus the attorney represents in this case is as

follows:

Middleby Marshall Inc. and G.S. Blodgett Corporation

2.    Plaintiffs' affiliates are:

The Middleby Corporation

3.    Law firm appearing for Plaintiffs is as follows:

      Michael Best & Friedrich LLP
      180 North Stetson Avenue, Suite 2000
      Chicago, IL 60601

              Respectfully submitted,

            By:  s/ Charles Laff_____
               Charles A. Laff (#01558153)
               (calaff@michaelbest.com)
               Martin L. Stern (#02727307)
               (mlstern@ michaelbest.com)
               Judith L. Grubner (#06180359)
               (jlgrubner@ michaelbest.com)
               Marshall J. Schmitt (#06184893)
               (mjschmitt@ michaelbest.com)
               MICHAEL BEST & FRIEDRICH LLP
               180 North Stetson Avenue
               Suite 2000
               Chicago, IL  60601-6710
               (312) 222-0800

               Attorneys for Plaintiffs
               Middleby Marshall Inc. and
               G.S. Blodgett Corporation