AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MIDDLEBY MARSHALL INC.,
a Delaware corporation, and
G.S. BLODGETT CORPORATION,
a Vermont corporation

V.

PIZZA EQUIPMENT SUPPLY, INC.,
a North Carolina corporation

CASE NUMBER: **08 C 369**

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE CASTILLO**
**MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

PIZZA EQUIPMENT SUPPLY, INC.
c/o Registered Agent
   A. Loucretia Bramhall
   1522 Lauren Alexis Court
   Dallas, NC 28034

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles A. Laff
Michael Best & Friedrich LLP
Two Prudential Plaza
180 N. Stetson Avenue, Suite 2000
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK



January 16, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE January 28, 2008  8:20 AM |
| NAME OF SERVER (PRINT) Monty Clark | TITLE Private Investigator NC #892 |

*Check one box below to indicate appropriate method of service*

- G  Served personally upon the defendant. Place where served:   Private Residence
       A. Loucretia Bramhall
       1522 Lauren Alexis Court, Dallas, NC 28034

- G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
     Name of person with whom the summons and complaint were left: _____

- G  Returned unexecuted: _____

- G  Other (specify):   W/F, 30s, 5'5", 135 lbs, reddish-brown hair (wavy)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 28, 2008
                    Date

*Signature of Server*

Monty Clark, PI
PO Box 696
Albemarle, NC 28002-0696
704/398-0025

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.