## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MIDDLEBY MARSHALL INC., a Delaware corporation, and G.S. BLODGETT CORPORATION, a Vermont corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 08 C 0369 |
| | ) | Judge Ruben Castillo |
| v. | ) ) | Mag. J. Geraldine Soat Brown |
| PIZZA EQUIPMENT SUPPLY, INC., a North Carolina corporation, | ) ) ) ) | |
| Defendant. | ) | |

### Certificate of Compliance with Procedures for
### Voluntary Mediation Program for Lanham Act Cases

Attorneys for Plaintiffs, Middleby Marshall Inc. and G.S. Blodgett Corporation, sent a copy of the letter and all enclosures concerning the Voluntary Mediation Program for Lanham Act Cases (the "Mediation Program Materials"), issued by the Court on January 17, 2008, to A. Loucretia Bramhall, registered agent for Defendant, Pizza Equipment Supply, Inc., on or about January 24, 2008.

As of the date of this Certificate, Defendant has not answered or appeared in this case, and no attorneys for Defendant have filed appearances in this case. However, Plaintiffs are aware that Defendant is represented by Attorney Brett M. Hutton of Heslin Rothenberg Farley & Mesiti P.C., so Plaintiffs' attorneys sent the Mediation Program Materials to Mr. Hutton, also on January 24, 2008. If any other attorneys appear in this

case for Defendant, Plaintiffs' attorneys will provide the Mediation Program Materials to Defendant's attorneys once Plaintiffs' attorneys learn the identities of Defendant's attorneys.

Dated:  February 6, 2008.                    Respectfully submitted,


                         By: s/ Charles A. Laff
                           Charles A. Laff (#01558153)
                           Martin L. Stern (#02727307)
                           Judith L. Grubner (#06180359)
                           Marshall J. Schmitt (#06184893)
                           MICHAEL BEST & FRIEDRICH LLP
                           180 North Stetson Avenue
                           Suite 2000
                           Chicago, IL  60601-6710
                           (312) 222-0800

                           Attorneys for Plaintiffs
                           Middleby Marshall Inc. and
                           G.S. Blodgett Corporation