## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Case Number: 08 C 369

MIDDLEBY MARSHALL INC.,
a Delaware corporation, and
G.S. BLODGETT CORPORATION,
a Vermont Corporation,

Plaintiff.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PIZZA EQUIPMENT SUPPLY, INC., Defendant

| |
|---|
| NAME (Type or print)<br>Kevin J. McDevitt |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Kevin J. McDevitt |
| FIRM<br>Neal & McDevitt, LLC |
| STREET ADDRESS<br>1776 Ash Street |
| CITY/STATE/ZIP<br>Northfield, IL 60093 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6205086 | TELEPHONE NUMBER<br>(847) 441-9100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |

| | |
|---|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |