IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIDDLEBY MARSHALL INC. | ) | |
| and | ) | |
| G.S. BLODGETT CORPORATION | ) | |
| Plaintiffs, | ) | Civil Action No. 08 C 369 |
| v. | ) | The Honorable Ruben Castillo |
| | ) | U.S. District Court Judge |
| PIZZA EQUIPMENT SUPPLY, INC. | ) | The Honorable Geraldine Soat Brown |
| | ) | U.S. Magistrate Judge |
| Defendant | ) | |

**DEFENDANT'S UNCONTESTED MOTION FOR EXTENSION OF TIME
TO FILE ANSWER OR OTHERWISE PLEAD**

Defendant, PIZZA EQUIPMENT SUPPLY, INC. hereby moves this Court to extend the time in which Defendant has to file an answer or otherwise plead by seventeen (17) days. Defendant PIZZA EQUIPMENT SUPPLY, INC. hereby requests that the new deadline for filing an answer or to otherwise plead be extended from February 19, 2008 to March 7, 2008.

Counsel for Plaintiff, Charles A. Laff stated during a telephone conversation with the undersigned on February 15, 2008 that the Plaintiffs would not contest this motion. The parties are in the process of discussing settlement. Defendant hereby reserves any and all rights to pursue any and all claims, defenses and motions pertaining to this action.

Respectfully submitted,

/s/ Kevin J. McDevitt

Susan Neal
Kevin J. McDevitt
NEAL & MCDEVITT, LLC
1776 Ash Street
Northfield, IL 60093
Phone: 847.441.9100
Fax: 847.441.0911
E-Mail: kmcdevitt@nealmcdevitt.com

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that on February 15, 2008 he caused a true and correct copy of the foregoing NOTICE OF MOTION and DEFENDANT'S UNCONTESTED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD to be served electronically via CM/ECF on the following counsel of record:

    Charles A. Laff, Esq.
    Martin L. Stern, Esq.
    Judith L. Grubner, Esq.
    Marshall J. Schmitt, Esq.
    MICHAEL BEST & FRIEDRICH LLP
    180 North Stetson Avenue
    Suite 2000
    Chicago, IL 60601-6710
    Counsel for Plaintiffs

                        /s/ Kevin J. McDevitt

                        One of the Attorneys for Defendant,
                        PIZZA EQUIPMENT SUPPLY, INC.