**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MIDDLEBY MARSHALL INC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| G.S. BLODGETT CORPORATION | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 08 C 369 |
| | ) | |
| v. | ) | The Honorable Ruben Castillo |
| | ) | U.S. District Court Judge |
| PIZZA EQUIPMENT SUPPLY, | ) | |
| INC. | ) | The Honorable Geraldine Soat Brown |
| | ) | U.S. Magistrate Judge |
| Defendant | ) | |

**NOTICE OF DEFENDANT'S UNCONTESTED MOTION
FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD**

To: Charles A. Laff, Esq.
Martin L. Stern, Esq.
Judith L. Grubner, Esq.
Marshall J. Schmitt, Esq.
MICHAEL BEST & FRIEDRICH LLP
180 North Stetson Avenue
Suite 2000
Chicago, IL 60601-6710

PLEASE TAKE NOTICE that on Tuesday, February 26, 2008 at 9:45 a.m. or as soon thereafter as counsel may be heard, we shall appear before The Honorable Ruben Castillo, or any other judge sitting in his stead, in the courtroom usually occupied by him in Room 2141 at the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and present DEFENDANT'S UNCONTESTED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD.

A copy of said motion is hereby served upon you.

                                    Respectfully submitted,

                                    /s/ Kevin J. McDevitt

                                    Susan Neal
                                    Kevin J. McDevitt
                                    NEAL & MCDEVITT, LLC
                                    1776 Ash Street
                                    Northfield, IL 60093
                                    Phone: 847.441.9100
                                    Fax: 847.441.0911
                                    E-Mail: kmcdevitt@nealmcdevitt.com