# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Middleby Marshall Inc., et al.

                        Plaintiff,

v.                                                  Case No.: 1:08−cv−00369

                                                      Honorable Ruben Castillo

Pizza Equipment Supply, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

      MINUTE entry before Judge Ruben Castillo :Defendant's uncontested motion for extension of time to file answer or otherwise plead [12] is granted. Defendant to answer or otherwise plead to the complaint on or before 3/7/2008. Motion hearing set for 2/26/2008 is vacated. Parties to file a joint status report on or before 3/17/2008. The Court will hold a status hearing in open court on 3/20/2008 at 9:00 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.