# EXHIBIT A

**THE MIDDLEBY CORPORATION** ANNUAL REPORT 2006

Turning up the Heat...





**THE MIDDLEBY CORPORATION**

# ...with Products

**Conveyor Ovens**


**Middleby Marshall®**

Middleby Marshall is the world leader in conveyor oven cooking. With the introduction of the WOW! Oven in 2006, the company announced a contract with customer Papa John's to upgrade all company stores to this new, patented technology. Oven development and manufacturing is in Elgin, Illinois. Customers include Papa John's, Pizza Hut and Red Lobster.

**Fryers and Retractalizers**


**PITCO**

Pitco manufacturers fryers and water cooking equipment in Bow, New Hampshire. **Pitco was named "Supplier of the Year" in 2006 by YUM! Restaurants brand Long John Silver's and "Best in Class" in Foodservice Equipment and Supply.** In 2007, Pitco received the National Restaurant Association Kitchen Innovations Award. Customers include Long John Silver's, Outback Steakhouse and Ruby Tuesday.

**Combi and Convection Ovens**


**BLODGETT**

Blodgett is a well-known brand for combi and convection ovens in the restaurant equipment industry, manufacturing for more than a century in Burlington, Vermont. **Voted "Best in Class" by industry dealers, operators and consultants, Blodgett also received the 2007 National Restaurant Association Kitchen Innovations Award for new cooking technology.** Customers include The Cheesecake Factory, Olive Garden and KFC.

**Ranges and Steamers**


**SOUTHBEND**

Southbend is a leader in heavy duty cooking equipment including ranges, steamers and heavy-duty counterline equipment. With manufacturing in Fuquay-Varina, North Carolina, Southbend offers patented non-clogging burners on its ranges, along with a lifetime warranty. Customers include Carrabba's and Morton's, The Steakhouse.

**Charbroilers and Griddles**


**MagiKitch'n**

Magikitch'n is a dominant player in the catering industry, with indoor and outdoor charbroilers and other cooking equipment. Previously, the Magikitch'n Griddle received the **Professional Chef's Quality Gold Award for superior performance.** Manufactured in Bow, New Hampshire, Magikitch'n equipment is used by top restaurants and country clubs around the world.

**Bakery Ovens and Proofers**


**NU-VU**

Nu-Vu, a leader in baking and proofing equipment, manufactures product in Menominee, Michigan. A recipient of the **2006 National Restaurant Association Kitchen Innovations Award for the Rhapsody ComboBake.** Nu-Vu customers get patented V-Air technology to assure the most consistently baked product. Customers include Subway and Bob Evans.

**Toasters and Warmers**


**Toastmaster**

Toastmaster, a recognizable name in the cooking equipment industry is based in Menominee, Michigan. Toastmaster offers customers much more than toasters, as the line includes counterline cooking equipment, such as griddles and fryers as well as food warmers and panini grills. Customers include Wendy's, Waffle House and Chick-fil-A.

**Food Processing Equipment**


**ALKAR**

Alkar is a brand with a strong global reputation throughout the commercial meat processing industry. Manufactured in Lodi, Wisconsin, Alkar has processing technologies including the Cyclone oven, which allow customers achieve top operating efficiencies and product consistency. Alkar customers worldwide include Sara Lee, Kraft/Oscar Mayer and Tyson.

**High Volume Packaging Machines**


**RapidPak** PURE AND SIMPLE

RapidPak sets the standard in the commercial packaging industry, supplying customers with the most advanced high volume packaging technologies. While primarily in the food industry, RapidPak served customers in the medical and pet food segments as well. RapidPak machines are designed and manufactured in Lodi, Wisconsin. Customers include Hormel, Smithfield and Becton Dickinson.

**Combi Ovens**


**HOUNO**

Houno was acquired by Middleby in August, 2006 adding to Middleby's rapidly growing international presence. Based in Randers, Denmark, Houno manufactures technologically advanced combi ovens with a unique design, advanced control systems and self cleaning capabilities. Customers include the Sydney Opera House, Australia; Morrisons, Great Britain and Shell worldwide locations.

## The Middleby Corporation

is a global leader in the foodservice equipment industry.
The company develops, manufacturers, markets and services
a broad line of equipment used for cooking and food preparation
in commercial restaurants, institutional kitchens and
food processing operations throughout the world.

# ...with Performance

**Contents**

1   Financial Highlights
2   Letter to Shareholders
3   Management's Discussion and Analysis
15  Management's Report on Internal Control over Financial Reporting
16  Reports of Independent Registered Public Accounting Firm
18  Consolidated Balance Sheets
19  Consolidated Statements of Earnings
20  Consolidated Statements of Changes in Stockholders' Equity
21  Consolidated Statements of Cash Flows
22  Notes to Consolidated Financial Statements
40  Selected Financial Data

## FINANCIAL HIGHLIGHTS

IN THOUSANDS, EXCEPT SHARE AND PER SHARE DATA

|  | 2004 | 2005 | 2006 |
|---|---|---|---|
| Net sales | $ 271,115 | $ 316,668 | $ 403,131 |
| Gross profit | 102,628 | 121,653 | 156,877 |
| Income from operations | 38,259 | 57,972 | 76,901 |
| Net earnings | 23,588 | 32,178 | 42,377 |
| EPS on net earnings | 2.38 | 3.98 | 5.13 |
| Weighted average shares outstanding | 9,931,000 | 8,093,000 | 8,259,000 |
| Working capital | $ 10,923 | $ 7,590 | $ 11,512 |
| Total assets | 209,675 | 263,918 | 285,022 |
| Total debt | 123,723 | 121,595 | 82,802 |
| Stockholders' equity | 7,215 | 48,500 | 100,573 |



Income from Operations as a Percentage of Sales

| 2004 | 2005 | 2006 |
|---|---|---|
| 14.1% | 18.3% | 19.1% |



Stock Price Performance Graph

- The Middleby Corporation
- The Nasdaq Stock Market Index
- Nasdaq Non-Financial Stocks Index

Five Year Cumulative total return on a $100 investment on December 31, 2001.



Net Sales
dollars in millions

| 2004 | 2005 | 2006 |
|---|---|---|
| $271.1 | $316.7 | $403.1 |



Net Earnings
dollars in millions

| 2004 | 2005 | 2006 |
|---|---|---|
| $23.6 | $32.2 | $42.3 |



EPS on Net Earnings

| 2004 | 2005 | 2006 |
|---|---|---|
| $2.38 | $3.98 | $5.13 |

# ...with Strategy

## DEAR SHAREHOLDERS,



In fiscal 2006, Middleby delivered record-breaking results. Total sales were $403.1 million compared to $316.8 in 2005. We generated a record $50.1 million of cash flow from operations, which we utilized to fund acquisitions and reduce debt. Our debt was reduced by $38.8 million from $121.6 million at the end of fiscal 2005 to $82.8 million at the end of fiscal 2006. These results were achieved despite facing some challenges such as steep increases in steel prices and rising food and gas costs for customers.

### Favorable Industry Trends

The fundamental demand for foodservice equipment will advance at a steady pace as restaurants continue to provide a convenient, reasonably-priced experience offering a variety of menu items most consumers cannot make at home.

Statistics from the National Restaurant Association (NRA) and Technomic, Inc. show continued strong dining out trends in the coming year. From its annual industry study, the NRA says more than 60 percent of restaurant operators are confident business will be better in 2007 than in 2006. Also, three out of ten restaurants in the U.S. will update their kitchens with energy efficient equipment over the next two years. Finally, more than 50 percent of quick serve and fast casual operators will remodel their restaurants with more automated equipment, which will be less labor intensive and have a shorter training time.

According to a Technomic, Inc., the 140 million Americans under the age of 35 are heavy users of takeout and restaurant dining. Also, seafood restaurants continue to thrive all over the country. Middleby is a big supplier to this segment.

### Penetrating New Markets

Middleby entered two new markets by acquiring Alkar-RapidPak at the end of 2005 and Hounö in 2006. The Alkar-RapidPak acquisition allows Middleby to compete in the rapidly growing $600 million food processing and packaging equipment market. Alkar-RapidPak has delivered strong results in its first year under Middleby.

Our acquisition of Hounö, based in Denmark, in the third quarter of 2006 opened up a $400 million global market for technologically-advanced combi ovens with a unique design and advanced control systems and self-cleaning

capabilities. This acquisition also allows for other Middleby brands to be sold under the existing Hounö infrastructure, boosting Middleby's global presence.

### Research & Development Successes

On the R&D level we introduced twelve new pieces of equipment in 2006. These products with patented technologies include the Middleby Marshall WOW! Conveyor oven, the Nu-Vu Rhapsody ComboBake, which was a recipient of the coveted National Restaurant Association Kitchen Innovations Award, as well as the Pitco Solstice Supreme Fryer, the Blodgett Hydrovection Oven and the Alkar Cyclone oven just to name a few.

### 2007 and Beyond

Driving growth will be the continued introduction of disruptive technologies as we continue focusing on energy savings and speed of cooking. We are excited for the launch of the Pitco Rocket Fryer in 2007 as it will help operators transition to trans fat free oil, a growing industry trend.

Rising disposable income in markets such as India, China, Brazil and Australia is fueling the opening of new restaurants in these markets. The Middleby infrastructure in these markets is well positioned to take advantage of this growth. Also, we expect to introduce 10 to 12 new products in 2007 with a huge payback to our customers.

We are excited about the prospects for The Middleby Corporation for 2007 and beyond. We'd like to thank our shareholders for their continued support.

Selim A. Bassoul

Selim A. Bassoul
*Chairman and Chief Executive Officer*

## MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

### Net Sales Summary

| Fiscal Year Ended[1] | 2006 | | 2005 | | 2004 | |
|---|---|---|---|---|---|---|
| (dollars in thousands) | Sales | Percent | Sales | Percent | Sales | Percent |
| BUSINESS DIVISIONS: | | | | | | |
| Commercial Foodservice: | | | | | | |
|    Core cooking equipment | $ 245,574 | 60.9 | $ 222,216 | 70.2 | $ 185,520 | 68.4 |
|    Conveyor oven equipment | 64,136 | 15.9 | 55,270 | 17.5 | 54,183 | 20.0 |
|    Counterline cooking equipment | 9,341 | 2.3 | 12,298 | 3.9 | 10,262 | 3.8 |
|    International specialty equipment | 10,164 | 2.5 | 9,210 | 2.9 | 7,545 | 2.8 |
| Commercial Foodservice | 329,215 | 81.6 | 298,994 | 94.5 | 257,510 | 95.0 |
| Industrial Foodservice | 55,153 | 13.7 | 2,837 | 0.9 | — | — |
| International Distribution Division[2] | 56,496 | 14.0 | 53,989 | 17.0 | 46,146 | 17.0 |
| Intercompany sales[3] | (37,733) | (9.3) | (39,152) | (12.4) | (32,541) | (12.0) |
| Total | $ 403,131 | 100.0% | $ 316,668 | 100.0% | $ 271,115 | 100.0% |

(1) The company's fiscal year ends on the Saturday nearest to December 31.

(2) Consists of sales of products manufactured by Middleby and products manufactured by third parties.

(3) Represents the elimination of sales amongst the Commercial Foodservice Equipment Group and from the Commercial Foodservice Equipment Group to the International Distribution Division.

### Results of Operations

The following table sets forth certain items in the consolidated statements of earnings as a percentage of net sales for the periods presented:

| Fiscal Year Ended[1] | 2006 | 2005 | 2004 |
|---|---|---|---|
| Net sales | 100.0% | 100.0% | 100.0% |
| Cost of sales | 61.1 | 61.6 | 62.1 |
|   Gross profit | 38.9 | 38.4 | 37.9 |
| Selling, general and administrative expenses | 19.8 | 20.1 | 19.8 |
| Stock repurchase transaction expenses | — | — | 4.7 |
| Lease reserve adjustments | — | — | (0.7) |
|   Income from operations | 19.1 | 18.3 | 14.1 |
| Interest expense and deferred financing  amortization, net | 1.7 | 2.0 | 1.1 |
| Debt extinguishment expenses | — | — | 0.4 |
| Gain on acquisition financing derivatives | — | — | (0.1) |
| Other expense, net | — | — | 0.2 |
|   Earnings before income taxes | 17.4 | 16.3 | 12.5 |
| Provision for income taxes | 6.9 | 6.1 | 3.8 |
|   Net earnings | 10.5% | 10.2% | 8.7% |

(1) The company's fiscal year ends on the Saturday nearest to December 31.

## Special Note Regarding Forward-Looking Statements

This report contains "forward-looking statements" subject to the Private Securities Litigation Reform Act of 1995. These forward-looking statements involve known and unknown risks, uncertainties and other factors, which could cause the company's actual results, performance or outcomes to differ materially from those expressed or implied in the forward-looking statements. The following are some of the important factors that could cause the company's actual results, performance or outcomes to differ materially from those discussed in the forward-looking statements:

- volatility in earnings resulting from goodwill impairment losses, which may occur irregularly and in varying amounts;
- variability in financing costs;
- quarterly variations in operating results;
- dependence on key customers;
- risks associated with the company's foreign operations, including market acceptance and demand for the company's products and the company's ability to manage the risk associated with the exposure to foreign currency exchange rate fluctuations;
- the company's ability to protect its trademarks, copyrights and other intellectual property;
- changing market conditions;
- the impact of competitive products and pricing;
- the timely development and market acceptance of the company's products; and
- the availability and cost of raw materials.

    The company cautions readers to carefully consider the statements set forth in the section entitled "Certain Risk Factors That May Affect Future Risks" further below in this item and discussion of risks included in the company's Securities and Exchange Commission filings.

## Fiscal Year Ended December 30, 2006 as Compared to December 31, 2005

**Net sales.** Net sales in fiscal 2006 increased by $86.5 million or 27.3% to $403.1 million as compared to $316.7 million in fiscal 2005.  A net sales increase of $56.4 million or 17.8% was attributable to acquisition growth, including the December 2005 acquisition of Alkar and the August 2006 acquisition of Houno A/S. Excluding acquisitions, net sales increased $30.1 million or 9.5% from the prior year, as a result of growth in restaurant chain business and increased sales of new products.

    Net sales of the Commercial Foodservice Equipment Group increased by $30.2 million or 10.1% to $329.2 million in 2006 as compared to $299.0 million in fiscal 2005.

- Core cooking equipment increased $23.4 million or 10.5% to $245.6 million from $222.2 million, primarily

due to increased fryer, convection oven, and cooking range sales resulting from new product introductions and increased purchases from restaurant chain customers resulting from new store openings and increased replacement business. Net sales in 2006 also included $4.1 million of increased combi-oven sales associated with the newly acquired Houno product line.

- Conveyor oven equipment sales increased $8.8 million or 15.9% to $64.1 million from $55.3 million in the prior year, as a result of increased sales associated with new oven models, including the WOW oven introduced in the first half of 2006.
- Counterline cooking equipment sales decreased $3.0 million or 24.4% to $9.3 million from $12.3 million in the prior year. Sales during the second half of 2006 were impacted by the relocation of production to another facility. This transition was completed in January 2007. Additionally, sales were impacted by the discontinuance of a lower margin toaster product line.
- International specialty equipment sales increased $1.0 million to $10.2 million or 10.9% from $9.2 million in the prior year quarter due to increased product and component parts produced for the company's U.S. manufacturing operations.

    Net sales for Industrial Foodservice Equipment Group were $55.2 million as compared to $2.8 million in fiscal 2005. The prior year revenues reflect sales for a four week period subsequent to the acquisition of Alkar, which was acquired in December 2005.

    Net sales for International Distribution Division increased $2.5 million or 4.6% to $56.5 million, as compared to $54.0 million in the prior year. The net sales increase reflects a $3.4 million in Latin America resulting from expansion of the U.S. chains and increased business with local restaurant chains in the region. This increase was offset in part by a $0.5 million sales decline in Asia and a $0.4 million decline in Europe. The prior year sales in Asia and Europe benefited from product rollouts with certain restaurant chain customers which did not recur in 2006.

    Intercompany sales eliminations represent sales of product amongst the Commercial Foodservice Equipment Group operations and from the Commercial Foodservice Equipment Group operations to the International Distribution Division. The sales elimination decreased by $1.5 million to $37.7 million reflecting the decrease in purchases of equipment by the International Distribution Division from the Commercial Foodservice Equipment Group.

**Gross profit.** Gross profit increased by $35.2 million to $156.9 million in fiscal 2006 from $121.7 million in 2005, reflecting the impact of higher sales volumes. The gross margin rate also increased from 38.9% in 2006 as compared to 38.4% in 2005. The net increase in the gross margin rate reflects:

- Increased sales volumes that benefited manufacturing efficiencies and provided for greater leverage of fixed manufacturing costs.
- Higher margins associated with new product sales.
- Improved margins at Nu-Vu, which was acquired in January 2005. The margin improvement at this operation reflects the benefits of successful integration efforts.
- The adverse impact of lower margins at the newly acquired Alkar operations
- The adverse impact of increased steel and other material costs.

**Selling, general and administrative expenses.** Combined selling, general, and administrative expenses increased by $16.3 million to $80.0 million in 2006 from $63.7 million in 2005. As a percentage of net sales, operating expenses amounted to 19.8% in 2006, as compared to 20.1% in 2005 reflecting greater leverage on higher sales volumes.

Selling expenses increased $6.6 million to $40.4 million from $33.8 million, reflecting an increase of $4.5 million associated with the newly acquired Alkar and Houno operations and $2.1 million of higher commission costs associated with the increased sales volumes.

General and administrative expenses increased $9.7 million to $39.6 million from $29.9 million, reflecting an increase of $4.3 million associated with the newly acquired Alkar and Houno operations. General and administrative expenses also includes $1.1 million of stock option compensation expensed as a result of the adoption of Statement of Financial Accounting Standard No. 123R on January 1, 2006. No such expense was recorded in 2005. Increased general and administrative expense also reflects increased incentive compensation expense resulting from improved financial performance of the company, increased legal and professional fees associated with acquisition related initiatives and other increased costs associated with general increases in business scope and volumes.

**Income from operations.** Income from operations increased $18.9 million to $76.9 million in fiscal 2006 from $58.0 million in fiscal 2005. The increase in operating income resulted from the increase in net sales and gross profit.

**Non-operating expenses.** Non-operating expenses increased $0.5 million to $7.1 million in 2006 from $6.6 million in 2005 and are comprised primarily of interest expense. Interest and deferred financing amortization costs increased $0.5 million in 2006 as compared to 2005, due to higher interest rates, which more than offset the benefit of lower average debt balances.

**Income taxes.** A tax provision of $27.4 million, at an effective rate of 39.3%, was recorded for 2006 as compared to $19.2 million at a 37.4% effective rate in 2005. The 2005 provision reflected a favorable adjustment to tax reserves associated with closed tax periods which amounted to $1.3 million.

## Fiscal Year Ended December 31, 2005 as Compared to January 1, 2005

**Net sales.** Net sales in fiscal 2005 increased by $45.6 million or 16.8% to $316.7 million in fiscal 2005 from $271.1 million in fiscal 2004.

Net sales of the Commercial Foodservice Equipment Group increased by $41.5 million or 16.1% to $299.0 million in 2005 as compared to $257.5 million in the prior year.

- Core cooking equipment increased by $36.7 million or 19.8% to $222.2 million in 2005. The sales increase included $16.0 million of sales at Nu-Vu Foodservice Systems which was acquired on January 7, 2005 representing 8.6% of the sales growth of the core cooking equipment product group. The remaining $20.7 million in sales for this group reflects continued success of recent product introductions including the Solstice series of fryers, the Southbend Platinum series of ranges and the Blodgett combi-oven and steam line.
- Conveyor oven equipment sales increased by approximately $1.1 million or 2.0% to $55.3 million. The increase in sales reflects sales of the new 500 series product line of ovens, offset in part by reduced sales of certain discontinued oven models during 2005.
- Counterline cooking equipment sales increased by approximately $2.0 million or 19.8% as a result of increased sales of a new series of counterline equipment introduced in 2004.
- International specialty equipment sales increased by $1.7 million or 22.1%. The increase in sales resulted from increased product and component parts produced for the company's U.S. manufacturing operations.

Net sales at the Industrial Foodservice Equipment Group were $2.8 million for the period subsequent to the acquisition of Alkar on December 7, 2005.

Net sales of the International Distribution Division increased by $7.9 million or 17.1% to $54.0 million. Sales increased in all regions reflecting growth with the local restaurant chains and expansion of U.S. restaurant concepts internationally. Net sales included an increase of $3.5 million in Asia, $2.8 million in Europe and the Middle East and $1.6 million in Latin America.

Intercompany sales eliminations represent sales of product amongst the Commercial Foodservice Equipment Group operations and from the Commercial Foodservice Equipment Group operations to the International Distribution Division. The sales elimination increased by $6.7 million to $39.2 million reflecting the increase in purchases of equipment by the International Distribution Division from the Commercial Foodservice Equipment Group due to increased sales volumes.

**Gross profit.** Gross profit increased by $19.0 million to $121.7 million in fiscal 2005 from $102.6 million in 2004

as a result of increased sales volumes and improvements in the gross margin rate, which increased to 38.4% in 2005 from 37.9% in 2004. The improvement in the gross margin rate resulted from several factors, including the following:

- Increased sales volumes resulting in greater production efficiencies and absorption of fixed overhead costs.
- Increased production efficiencies and lower warranty expenses associated with new product introductions resulting from standardization of product platforms and improvements of product design for new generations of equipment.

**Selling, general and administrative expenses.** Selling, general and administrative expenses decreased by $0.7 million to $63.7 million in 2005 from $64.4 million in 2004.

Selling and distribution expenses increased to $33.8 million in 2005 from $30.5 million in 2004. The increase included incremental selling and distribution expenses of $1.0 million associated with the operations of the acquisitions completed during 2005. The remaining increase in selling and distribution expense resulted primarily from increased commission expense to the company's independent sales representatives on higher sales and increased promotional and marketing expenses. As a percentage of net sales, selling and distribution expenses decreased to 10.7% in 2005 from 11.2% in 2004.

General and administrative expenses increased to $29.9 million in 2005 from $23.1 million in 2004. The increase included incremental general and administrative expenses of $1.1 million associated with the operations of the acquisitions completed in 2005. The remaining increase in general and administrative expenses includes $3.3 million of non-cash stock compensation expense and $2.1 million increase in professional fees associated with acquisitions, Sarbanes-Oxley compliance and other legal matters. As a percentage of net sales, general and administrative expenses were 9.4% in 2005 compared to the prior year of 8.5%.

Stock repurchase transaction expenses of $12.6 million were recorded in the fourth quarter of 2004 associated with the repurchase of 1,808,774 shares of the company's common stock and 271,000 stock options from the company's former chairman, members of his family and trusts controlled by his family. Expenses included $8.0 million of costs associated with the repurchase of the 271,000 stock options, $1.9 million related to a pension settlement with the former chairman and $2.7 million of investment banking, legal, and various other costs associated with the transaction.

Lease reserve adjustments of $1.9 million were recorded during fiscal 2004, primarily consisting of a gain resulting from an early lease termination that occurred in conjunction with the sale of a leased facility to an unrelated third party. The leased facility was originally exited in early 2002 subsequent to the acquisition of Blodgett as a result of the company's manufacturing consolidation efforts.

**Income from operations.** Income from operations increased $19.7 million to $58.0 million in fiscal 2005 from $38.3 million in fiscal 2004. The increase in operating income resulted from the increase in net sales and gross profit and the absence of the stock repurchase transactions expenses that incurred in 2004.

**Non-operating expenses.** Non-operating expenses increased by $2.2 million to $6.6 million in 2005 from $4.4 million in 2004. The net increase in non-operating expenses included:

- A $3.4 million increase in interest expense to $6.4 million in 2005 from $3.0 million in 2004 resulting from higher average debt during the year due to the $84 million December 2004 stock repurchase transaction and higher rates of interest.
- An decrease of $1.2 million pertaining to the write-off in fiscal 2004 of deferred financing costs related to the company's previous bank facility, which was refinanced as a result of the stock repurchase transaction.
- A $0.3 million decrease in the gain on financing related derivatives.
- A $0.4 million decrease in other expense, primarily due to lower foreign exchange losses.

**Income taxes.** The company recorded a net tax provision of $19.2 million in fiscal 2005 at an effective rate of 37.4% as compared to a provision of $10.3 million at an effective rate of 30.3% in the prior year. The 2004 tax provision included a $3.2 million tax benefit recorded during the third quarter associated with an adjustment to tax reserves for a closed tax year.

## Financial Condition and Liquidity

Total cash and cash equivalents decreased by $0.4 million to $3.5 million at December 30, 2006 from $3.9 million at December 31, 2005. Net borrowings decreased to $82.8 million at December 30, 2006 from $121.6 million at December 31, 2005.

**Operating activities.** Net cash provided by operating activities after changes in assets and liabilities amounted to $50.1 million as compared to $42.3 million in the prior year.

Adjustments to reconcile 2006 net earnings to operating cash flows included $4.9 million of depreciation and amortization, $4.6 million of non-cash stock compensation expense and $0.7 million of deferred tax expense.

During 2006, working capital levels increased due to an increase in sales volumes. The changes in working capital included an $11.4 million increase in accounts receivable, a $4.0 million increase in inventories and a $1.1 million increase in accounts payable. Prepaid and other assets decreased $3.5 million due to a reduction in the prepaid tax balance resulting from the utilization of tax overpayments

from 2005. The reduction in the prepaid and other assets account also reflects a lower level of assets recorded in connection with revenues earned in excess of project billings at the Industrial Foodservice business, due to a lower level of projects in process at the end of 2006 as compared to 2005. Accrued expenses and other liabilities increased by $8.3 million as a result of increased accruals for operating liabilities associated with higher business volumes, including accruals associated with customer rebate programs and incentive compensation.

**Investing activities.** During 2006, net cash used for investing activities amounted to $8.7 million. This included $1.5 million paid in connection with the acquisition of Alkar, $4.9 million paid in connection with the acquisition of Houno and $2.3 million of additions and upgrades of production equipment, manufacturing facilities and training equipment.

**Financing activities.** Net cash flows used in financing activities amounted to $41.9 million in 2006. This included $26.2 million in repayments under the company's revolving credit facility and $12.5 million of scheduled repayments under the senior term loan. The company also repaid in full a $2.1 million note established in conjunction with the release and early termination of obligations under a lease agreement related to a manufacturing facility that was exited in Shelburne, Vermont. In addition, the company utilized $1.9 million to reduce debt under its foreign loans, which are held in Spain and Denmark. The loans in Denmark relate to the acquisition of Houno, as $3.7 million of debt was included in the net assets of the acquired operations of Houno.

At December 30, 2006, the company was in compliance with all covenants pursuant to its borrowing agreements. Management believes that future cash flows from operating activities and borrowing availability under the revolving credit facility will provide the company with sufficient financial resources to meet its anticipated requirements for working capital, capital expenditures and debt amortization for the foreseeable future, including the 2007 scheduled debt repayments of $16.8 million under U.S. and foreign banking facilities.

## Contractual Obligations

The company's contractual cash payment obligations are set forth below (dollars in thousands):

| (dollars in thousands) | Long-term Debt | Operating Leases | Idle Facility Lease | Total Contractual Cash Obligations |
|---|---|---|---|---|
| Less than 1 year | $ 16,838 | $   960 | $   333 | $ 18,131 |
| 1-3 years | 63,351 | 1,480 | 695 | 65,526 |
| 4-5 years | 228 | 599 | 871 | 1,698 |
| After 5 years | 2,385 | — | 1,624 | 4,009 |
| | $ 82,802 | $ 3,039 | $ 3,523 | $ 89,364 |

Idle facility lease consists of an obligation for a manufacturing location that was exited in conjunction with the company's manufacturing consolidation efforts. This lease obligation continues through June 2015. This facility has been subleased. The obligation presented above does not reflect any anticipated sublease income from the facilities.

As indicated in Note 11 to the consolidated financial statements, the projected benefit obligation of the defined benefit plans exceeded the plans' assets by $3.5 million at the end of 2006 as compared to $2.4 million at the end of 2005. The unfunded benefit obligations were comprised of $0.7 million under funding of the company's union plan and $2.8 million of under funding of the company's director plans. The company does not expect to contribute to the director plans in 2007. The company made minimum contributions required by the Employee Retirement Income Security Act of 1974 ("ERISA") of $0.2 million in 2006 and $0.3 million in 2005 to the company's union plan. The company expects to continue to make minimum contributions to the union plan as required by ERISA, which are expected to be $0.2 million in 2007.

The company places purchase orders with its suppliers in the ordinary course of business. These purchase orders are generally to fulfill short-term manufacturing requirements of less than 90 days and most are cancelable with a restocking penalty. The company has no long-term purchase contracts or minimum purchase obligations with any supplier.

The company has contractual obligations under its various debt agreements to make interest payments. These amounts are subject to the level of borrowings in future periods and the interest rate for the applicable periods, and therefore the amounts of these payments is not determinable.

The company has no activities, obligations or exposures associated with off-balance sheet arrangements.

## Interest Rate Risk

The company is exposed to market risk related to changes in interest rates. The following table summarizes the maturity of the company's debt obligations:

| (dollars in thousands) | Fixed Rate Debt | Variable Rate Debt |
|---|---|---|
| 2007 | $   — | $ 16,838 |
| 2008 | — | 15,645 |
| 2009 | — | 47,706 |
| 2010 | — | 111 |
| 2011 and thereafter | 795 | 1,707 |
| | $   795 | $ 82,007 |

During the fourth quarter of 2005 the company amended its senior secured credit facility. Terms of the senior credit agreement currently provide for $47.5 million

of term loans and $130.0 million of availability under a revolving credit line. As of December 30, 2006, the company had $77.6 million of borrowings outstanding under this facility, including $30.1 million of borrowings under the revolving credit line. The company also has $5.2 million in outstanding letters of credit, which reduces the borrowing availability under the revolving credit line.

Borrowings under the senior secured credit facility are assessed at an interest rate at 1.00% above LIBOR for long-term borrowings or at the higher of the Prime rate and the Federal Funds Rate. At December 30, 2006 the average interest rate on the senior debt amounted to 6.49%. The interest rates on borrowings under the senior bank facility may be adjusted quarterly based on the company's defined indebtedness ratio on a rolling four-quarter basis. Additionally, a commitment fee, based upon the indebtedness ratio is charged on the unused portion of the revolving credit line. This variable commitment fee amounted to 0.20% as of December 30, 2006.

In August 2006, the company completed its acquisition of Houno A/S in Denmark. This acquisition was funded in part with locally established debt facilities with borrowings in Danish Krone. On December 30, 2006 these facilities amounted to $3.8 million in U.S. dollars, including $0.9 million outstanding under a revolving credit facility, $2.1 million of a term loan and $0.8 million of a long term mortgage note. The interest rate on the revolving credit facility is assessed at 1.25% above Euro LIBOR, which amounted to 5.15% on December 30, 2006. The term loan matures in 2013 and the interest rate is assessed at 5.0%. The long-term mortgage note matures in March 2023 and is assessed interest at a fixed rate of 5.19%.

In December 2005, the company entered into a $3.2 million U.S. dollar secured term loan at its subsidiary in Spain. This term loan amortizes in equal monthly installments over a four-year period ending December 2009. As of December 30, 2006, the company had $1.4 million of borrowings remaining under this loan. Borrowings under this facility are assessed at an interest rate of 0.45% above LIBOR. At December 30, 2006 the interest rate on this loan was 5.82%.

The company has historically entered into interest rate swap agreements to effectively fix the interest rate on its outstanding debt. In January 2002, the company had entered into an interest rate swap agreement for a notional amount of $20.0 million. This agreement swapped one-month LIBOR for a fixed rate of 4.03% and was in effect through December 2004. In February 2003, the company entered into an interest rate swap agreement for a notional amount of $10.0 million. This agreement swapped one-month LIBOR for a fixed rate of 2.36% and was in effect through December 2005. In January 2005, the company entered into an interest rate swap agreement for a notional amount of $70.0 million. This agreement swaps one-month

LIBOR for a fixed rate of 3.78%. The notional amount amortizes consistent with the repayment schedule of the company's term loan maturing November 2009. The unamortized amount of this swap was $47.5 million at December 30, 2006. In January 2006, the company entered into an interest rate swap agreement for a notional amount of $10.0 million maturing on December 21, 2009. This agreement swaps one-month LIBOR for a fixed rate of 5.03%. In August 2006, in conjunction with the Houno acquisition, the company assumed an interest rate swap with a notional amount of $0.9 million Euro maturing on December 31, 2018. This agreement swaps one-month Euro LIBOR for a fixed rate of 4.84%.

The terms of the senior secured credit facility limit the paying of dividends, capital expenditures and leases, and require, among other things, certain ratios of indebtedness and fixed charge coverage. The credit agreement also provides that if a material adverse change in the company's business operations or conditions occurs, the lender could declare an event of default. Under terms of the agreement a material adverse effect is defined as (a) a material adverse change in, or a material adverse effect upon, the operations, business properties, condition (financial and otherwise) or prospects of the company and its subsidiaries taken as a whole; (b) a material impairment of the ability of the company to perform under the loan agreements and to avoid any event of default; or (c) a material adverse effect upon the legality, validity, binding effect or enforceability against the company of any loan document. A material adverse effect is determined on a subjective basis by the company's creditors. At December 30, 2006, the company was in compliance with all covenants pursuant to its borrowing agreements.

### Foreign Exchange Derivative Financial Instruments

The company uses derivative financial instruments, principally foreign currency forward purchase and sale contracts with terms of less than one year, to hedge its exposure to changes in foreign currency exchange rates. The company's primary hedging activities are to mitigate its exposure to changes in exchange rates on intercompany and third party trade receivables and payables. The company does not currently enter into derivative financial instruments for speculative purposes. In managing its foreign currency exposures, the company identifies and aggregates naturally occurring offsetting positions and then hedges residual balance sheet exposures.

The company accounts for its derivative financial instruments in accordance with SFAS No. 133, "Accounting for Derivative Instruments and Hedging Activities", which was adopted in the first quarter of 2001. In accordance with SFAS No.133, as amended, these instruments are recognized on the balance sheet as either an asset or a liability measured at fair value. Changes in the market value and the

related foreign exchange gains and losses are recorded in the statement of earnings.

## Critical Accounting Policies and Estimates

Management's discussion and analysis of financial condition and results of operations are based upon the company's consolidated financial statements, which have been prepared in accordance with accounting principles generally accepted in the United States. The preparation of these financial statements requires the company to make estimates and judgments that affect the reported amounts of assets, liabilities, revenues and expenses as well as related disclosures. On an ongoing basis, the company evaluates its estimates and judgments based on historical experience and various other factors that are believed to be reasonable under the circumstances. Actual results may differ from these estimates under different assumptions or conditions.

**Property and equipment.** Property and equipment are depreciated or amortized on a straight-line basis over their useful lives based on management's estimates of the period over which the assets will be utilized to benefit the operations of the company. The useful lives are estimated based on historical experience with similar assets, taking into account anticipated technological or other changes. The company periodically reviews these lives relative to physical factors, economic factors and industry trends. If there are changes in the planned use of property and equipment or if technological changes were to occur more rapidly than anticipated, the useful lives assigned to these assets may need to be shortened, resulting in the recognition of increased depreciation and amortization expense in future periods.

**Long-lived assets.** Long-lived assets (including goodwill and other intangibles) are reviewed for impairment annually and whenever events or changes in circumstances indicate that the carrying amount of an asset may not be recoverable. In assessing the recoverability of the company's long-lived assets, the company considers changes in economic conditions and makes assumptions regarding estimated future cash flows and other factors. Estimates of future cash flows are judgments based on the company's experience and knowledge of operations. These estimates can be significantly impacted by many factors including changes in global and local business and economic conditions, operating costs, inflation, competition, and consumer and demographic trends. If the company's estimates or the underlying assumptions change in the future, the company may be required to record impairment charges.

**Warranty.** In the normal course of business the company issues product warranties for specific product lines and provides for the estimated future warranty cost in the period in which the sale is recorded. The estimate of warranty cost is based on contract terms and historical warranty loss experience that is periodically adjusted for recent actual experience. Because warranty estimates are forecasts that are based on the best available information, claims costs may differ from amounts provided. Adjustments to initial obligations for warranties are made as changes in the obligations become reasonably estimable.

**Litigation.** From time to time, the company is subject to proceedings, lawsuits and other claims related to products, suppliers, employees, customers and competitors. The company maintains insurance to partially cover product liability, workers compensation, property and casualty, and general liability matters. The company is required to assess the likelihood of any adverse judgments or outcomes to these matters as well as potential ranges of probable losses. A determination of the amount of accrual required, if any, for these contingencies is made after assessment of each matter and the related insurance coverage. The reserve requirements may change in the future due to new developments or changes in approach such as a change in settlement strategy in dealing with these matters. The company does not believe that any pending litigation will have a material adverse effect on its financial condition or results of operations.

**Income taxes.** The company operates in numerous foreign and domestic taxing jurisdictions where it is subject to various types of tax, including sales tax and income tax. The company's tax filings are subject to audits and adjustments. Because of the nature of the company's operations, the nature of the audit items can be complex, and the objectives of the government auditors can result in a tax on the same transaction or income in more than one state or country. As part of the company's calculation of the provision for taxes, the company establishes reserves for the amount that it expects to incur as a result of audits. The reserves may change in the future due to new developments related to the various tax matters.

## Certain Risk Factors That May Affect Future Results

An investment in shares of the company's common stock involves risks. The company believes the risks and uncertainties described below and in "Special Note Regarding Forward-Looking Statements" are the material risks it faces. Additional risks and uncertainties not currently known to the company or that it currently deems immaterial may impair its business operations. If any of the following risks actually occurs, the company's business, results of operations and financial condition could be materially adversely affected, and the trading price of the company's common stock could decline.

**The company's level of indebtedness could adversely affect its business, results of operations and growth strategy.**

The company now has and may continue to have a significant amount of debt. At December 30, 2006, the company had $82.8 million of borrowings and $5.2 million in letters of credit outstanding. To the extent the company requires capital resources, there can be no assurance that such funds will be available on favorable terms, or at all. The unavailability of funds could have a material adverse effect on the company's financial condition, results of operations and ability to expand the company's operations.

The company's level of indebtedness could adversely affect it in a number of ways, including the following:

- the company may be unable to obtain additional financing for working capital, capital expenditures, acquisitions and other general corporate purposes;
- a significant portion of the company's cash flow from operations must be dedicated to debt service, which reduces the amount of cash the company has available for other purposes;
- the company may be more vulnerable to a downturn in the company business or economic and industry conditions;
- the company may be disadvantaged as compared to its competitors, such as in the ability to adjust to changing market conditions, as a result of the significant amount of debt the company owes; and
- the company may be restricted in its ability to make strategic acquisitions and to pursue business opportunities.

**The company's current credit agreement limits its ability to conduct business, which could negatively affect the company's ability to finance future capital needs and engage in other business activities.**

The covenants in the company's existing credit agreement contain a number of significant limitations on its ability to, among other things:

- pay dividends;
- incur additional indebtedness;
- create liens on the company's assets;
- engage in new lines of business;
- make investments;
- make capital expenditures and enter into leases; and
- acquire or dispose of assets.

These restrictive covenants, among others, could negatively affect the company's ability to finance its future capital needs, engage in other business activities or withstand a future downturn in the company's business or the economy.

Under the company's current credit agreement, the company is required to maintain certain specified financial ratios and meet financial tests, including certain ratios of leverage and fixed charge coverage. The company's ability to comply with these requirements may be affected by matters beyond its control, and, as a result, the company cannot assure you that it will be able to meet these ratios and tests. A breach of any of these covenants would prevent the company from being able to draw under the company revolver and would result in a default under the company's credit agreement. In the event of a default under the company's current credit agreement, the lenders could terminate their commitments and declare all amounts borrowed, together with accrued interest and other fees, to be due and payable. Borrowings under other debt instruments that contain cross-acceleration or cross-default provisions may also be accelerated and become due and payable. The company may be unable to pay these debts in these circumstances.

**Competition in the foodservice equipment industry is intense and could impact the company results of operations and cash flows.**

The company operates in a highly competitive industry. In the company's business, competition is based on product features and design, brand recognition, reliability, durability, technology, energy efficiency, breadth of product offerings, price, customer relationships, delivery lead times, serviceability and after-sale service. The company has a number of competitors in each product line that it offers. Many of the company's competitors are substantially larger and enjoy substantially greater financial, marketing, technological and personnel resources. These factors may enable them to develop similar or superior products, to provide lower cost products and to carry out their business strategies more quickly and efficiently than the company can. In addition, some competitors focus on particular product lines or geographical regions or emphasize their local manufacturing presence or local market knowledge. Some competitors have different pricing structures and may be able to deliver their products at lower prices. Although the company believes that the performance and price characteristics of its products will provide competitive solutions for the company customers' needs, there can be no assurance that the company's customers will continue to choose its products over products offered by the company competitors.

Further, the market for the company's products is characterized by changing technology and evolving industry standards. The company's ability to compete in the past has depended in part on the company's ability to develop innovative new products and bring them to market more quickly than the company's competitors. The company's ability to compete successfully will depend, in large part, on

its ability to enhance and improve its existing products, to continue to bring innovative products to market in a timely fashion, to adapt the company's products to the needs and standards of the company customers and potential customers and to continue to improve operating efficiencies and lower manufacturing costs. Moreover, competitors may develop technologies or products that render the company's products obsolete or less marketable. If the company's products, markets and services are not competitive, the company's business, financial condition and operating results will be materially harmed.

### The company is subject to risks associated with developing products and technologies, which could delay product introductions and result in significant expenditures.

The company continually seeks to refine and improve upon the performance, utility and physical attributes of its existing products and to develop new products. As a result, the company's business is subject to risks associated with new product and technological development, including unanticipated technical or other problems. The occurrence of any of these risks could cause a substantial change in the design, delay in the development, or abandonment of new technologies and products. Consequently, there can be no assurance that the company will develop new technologies superior to the company's current technologies or successfully bring new products to market.

Additionally, there can be no assurance that new technologies or products, if developed, will meet the company's current price or performance objectives, be developed on a timely basis or prove to be as effective as products based on other technologies. The inability to successfully complete the development of a product, or a determination by the company, for financial, technical or other reasons, not to complete development of a product, particularly in instances in which the company has made significant expenditures, could have a material adverse effect on the company's financial condition and operating results.

### The company's revenues and profits will be adversely affected if it is unable to expand its product offerings, retain its current customers, or attract new customers.

The success of the company's business depends, in part, on its ability to maintain and expand the company's product offerings and the company's customer base. The company's success also depends on its ability to offer competitive prices and services in a price sensitive business. Many of the company's larger restaurant chain customers have multiple sources of supply for their equipment purchases and periodically approve new competitive equipment as an alternative to the company's products for use within their restaurants. The company cannot assure you that it will be able to continue to expand the company product lines, or

that it will be able to retain the company's current customers or attract new customers. The company also cannot assure you that it will not lose customers to low-cost competitors with comparable or superior products and services. If the company fails to expand its product offerings, or lose a substantial number of the company's current customers or substantial business from current customers, or are unable to attract new customers, the company's business, financial condition and results of operations will be adversely affected.

### The company has depended, and will continue to depend, on key customers for a material portion of its revenues. As a result, changes in the purchasing patterns of such key customers could adversely impact the company's operating results.

Many of the company's key customers are large restaurant chains. The number of new store openings by these chains can vary from quarter to quarter depending on internal growth plans, construction, seasonality and other factors. If these chains were to conclude that the market for their type of restaurant has become saturated, they could open fewer restaurants. In addition, during an economic downturn, key customers could both open fewer restaurants and defer purchases of new equipment for existing restaurants. Either of these conditions could have a material adverse effect on the company's financial condition and results of operations.

### Price changes in some materials and sources of supply could affect the company's profitability.

The company uses large amounts of stainless steel, aluminized steel and other commodities in the manufacture of its products. The price of steel has increased significantly over the past three years. The significant increase in the price of steel or any other commodity that the company is not able to pass on to its customers would adversely affect the company's operating results. In addition, an interruption in or the cessation of an important supply by any third party and the company's inability to make alternative arrangements in a timely manner, or at all, could have a material adverse effect on the company's business, financial condition and operating results.

### The company's acquisition, investment and alliance strategy involves risks. If the company is unable to effectively manage these risks, its business will be materially harmed.

To achieve the company's strategic objectives, it may in the future seek to acquire or invest in other companies, businesses or technologies. Acquisitions entail numerous risks, including the following:

- difficulties in the assimilation of acquired businesses or technologies;
- diversion of management's attention from other business concerns;

- potential assumption of unknown material liabilities;
- failure to achieve financial or operating objectives; and
- loss of customers or key employees.

The company may not be able to successfully integrate any operations, personnel, services or products that it has acquired or may acquire in the future.

The company may seek to expand or enhance some of its operations by forming joint ventures or alliances with various strategic partners throughout the world. Entering into joint ventures and alliances also entails risks, including difficulties in developing and expanding the businesses of newly formed joint ventures, exercising influence over the activities of joint ventures in which the company does not have a controlling interest and potential conflicts with the company's joint venture or alliance partners.

**Expansion of the company's operations internationally involves special challenges that it may not be able to meet. The company's failure to meet these challenges could adversely affect its business, financial condition and operating results.**
The company plans to continue to expand its operations internationally. The company faces certain risks inherent in doing business in international markets. These risks include:

- becoming subject to extensive regulations and oversight, tariffs and other trade barriers;
- reduced protection for intellectual property rights;
- difficulties in staffing and managing foreign operations; and
- potentially adverse tax consequences.

In addition, the company will be required to comply with the laws and regulations of foreign governmental and regulatory authorities of each country in which the company conducts business.

The company cannot assure you that it will be able to succeed in marketing the company products and services in international markets. The company may also experience difficulty in managing the company's international operations because of, among other things, competitive conditions overseas, management of foreign exchange risk, established domestic markets, language and cultural differences and economic or political instability. Any of these factors could have a material adverse effect on the success of the company's international operations and, consequently, on the company's business, financial condition and operating results.

**The company may not be able to adequately protect its intellectual property rights, and this inability may materially harm its business.**
The company relies primarily on trade secret, copyright, service mark, trademark and patent law and contractual protections to protect the company proprietary technology

and other proprietary rights. The company has filed numerous patent applications covering the company technology. Notwithstanding the precautions the company takes to protect the company intellectual property rights, it is possible that third parties may copy or otherwise obtain and use the company's proprietary technology without authorization or may otherwise infringe on the company's rights. In some cases, including a number of the company's most important products, there may be no effective legal recourse against duplication by competitors. In the future, the company may have to rely on litigation to enforce its intellectual property rights, protect its trade secrets, determine the validity and scope of the proprietary rights of others or defend against claims of infringement or invalidity. Any such litigation, whether successful or unsuccessful, could result in substantial costs to the company and diversions of the company's resources, either of which could adversely affect the company's business.

**Any infringement by the company on patent rights of others could result in litigation and adversely affect its ability to continue to provide, or could increase the cost of providing the company's products and services.**
Patents of third parties may have an important bearing on the company's ability to offer some of its products and services. The company's competitors, as well as other companies and individuals, may obtain, and may be expected to obtain in the future, patents related to the types of products and service the company offers or plan to offer. The company cannot assure you that it is or will be aware of all patents containing claims that may pose a risk of infringement by the company's products and services. In addition, some patent applications in the United States are confidential until a patent is issued and, therefore, the company cannot evaluate the extent to which its products and services may be covered or asserted to be covered by claims contained in pending patent applications. In general, if one or more of the company's products or services were to infringe patents held by others, the company may be required to stop developing or marketing the products or services, to obtain licenses from the holders of the patents to develop and market the services, or to redesign the products or services in such a way as to avoid infringing on the patent claims. The company cannot assess the extent to which it may be required in the future to obtain licenses with respect to patents held by others, whether such licenses would be available or, if available, whether it would be able to obtain such licenses on commercially reasonable terms. If the company were unable to obtain such licenses, it also may not be able to redesign the company's products or services to avoid infringement, which could materially adversely affect the company's business, financial condition and operating results.

**The company may be the subject of product liability claims or product recalls, and it may be unable to obtain or maintain insurance adequate to cover potential liabilities.**

Product liability is a significant commercial risk to the company. The company's business exposes it to potential liability risks that arise from the manufacture, marketing and sale of the company's products. In addition to direct expenditures for damages, settlement and defense costs, there is a possibility of adverse publicity as a result of product liability claims. Some plaintiffs in some jurisdictions have received substantial damage awards against companies based upon claims for injuries allegedly caused by the use of their products. In addition, it may be necessary for the company to recall products that do not meet approved specifications, which could result in adverse publicity as well as costs connected to the recall and loss of revenue.

The company cannot be certain that a product liability claim or series of claims brought against it would not have an adverse effect on the company's business, financial condition or results of operations. If any claim is brought against the company, regardless of the success or failure of the claim, the company cannot assure you that it will be able to obtain or maintain product liability insurance in the future on acceptable terms or with adequate coverage against potential liabilities or the cost of a recall.

**An increase in warranty expenses could adversely affect the company's financial performance.**

The company offers purchasers of its products warranties covering workmanship and materials typically for one year and, in certain circumstances, for periods of up to ten years, during which period the company or an authorized service representative will make repairs and replace parts that have become defective in the course of normal use. The company estimates and records its future warranty costs based upon past experience. These warranty expenses may increase in the future and may exceed the company's warranty reserves, which, in turn, could adversely affect the company's financial performance.

**The company is subject to currency fluctuations and other risks from its operations outside the United States.**

The company has manufacturing operations located in Asia and distribution operations in Asia, Europe and Latin America. The company's operations are subject to the impact of economic downturns, political instability and foreign trade restrictions, which may adversely affect the company's business, financial condition and operating results. The company anticipates that international sales will continue to account for a significant portion of consolidated net sales in the foreseeable future. Some sales by the company's foreign operations are in local currency, and an increase in the relative value of the U.S. dollar against such currencies would lead to a reduction in consolidated sales

and earnings. Additionally, foreign currency exposures are not fully hedged, and there can be no assurances that the company's future results of operations will not be adversely affected by currency fluctuations.

**The company is subject to potential liability under environmental laws.**

The company's operations are regulated under a number of federal, state and local environmental laws and regulations that govern, among other things, the discharge of hazardous materials into the air and water as well as the handling, storage and disposal of these materials. Compliance with these environmental laws and regulations is a significant consideration for the company because it uses hazardous materials in the company manufacturing processes. In addition, because the company is a generator of hazardous wastes, even if it fully complies with applicable environmental laws, it may be subject to financial exposure for costs associated with an investigation and remediation of sites at which it has arranged for the disposal of hazardous wastes if these sites become contaminated. In the event of a violation of environmental laws, the company could be held liable for damages and for the costs of remedial actions. Environmental laws could also become more stringent over time, imposing greater compliance costs and increasing risks and penalties associated with any violation, which could negatively affect the company's operating results.

**The company's financial performance is subject to significant fluctuations.**

The company's financial performance is subject to quarterly and annual fluctuations due to a number of factors, including:

- the lengthy, unpredictable sales cycle for commercial foodservice equipment;
- the gain or loss of significant customers;
- unexpected delays in new product introductions;
- the level of market acceptance of new or enhanced versions of the company's products;
- unexpected changes in the levels of the company's operating expenses;
- competitive product offerings and pricing actions; and
- general economic conditions.

Each of these factors could result in a material and adverse change in the company's business, financial condition and results of operations.

**The company may be unable to manage its growth.**

The company has recently experienced rapid growth in business. Continued growth could place a strain on the company's management, operations and financial resources. There also will be additional demands on the company's sales, marketing and information systems and on the

company's administrative infrastructure as it develops and offers additional products and enters new markets. The company cannot be certain that the company's operating and financial control systems, administrative infrastructure, outsourced and internal production capacity, facilities and personnel will be adequate to support the company's future operations or to effectively adapt to future growth. If the company cannot manage the company's growth effectively, the company's business may be harmed.

**The company's business could suffer in the event of a work stoppage by its unionized labor force.**
Because the company has a significant number of workers whose employment is subject to collective bargaining agreements and labor union representation, the company is vulnerable to possible organized work stoppages and similar actions. Unionized employees accounted for approximately 21% of the company's workforce as of December 30, 2006. At the company's Lodi, Wisconsin facility it has a union contract with the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers that extends through January 2008. At the company's Elgin, Illinois facility, it has a union contract with the International Brotherhood of Teamsters that extends through April 2007. The company also has a union workforce at its manufacturing facility in the Philippines under a contract that extends through June 2011. Although the company believes that the current relationships between employees, union and management are good, any future strikes, employee slowdowns or similar actions by one or more unions, in connection with labor contract negotiations or otherwise, could have a material adverse effect on the company's ability to operate the company's business.

**The company depends significantly on its key personnel.**
The company depends significantly on certain of the company's executive officers and certain other key personnel, many of whom could be difficult to replace. While the company has employment agreements with certain key executives, the company cannot be certain that it will succeed in retaining this personnel or their services under existing agreements. The incapacity, inability or unwillingness of certain of these people to perform their services may have a material adverse effect on the company. There is intense competition for qualified personnel within the company's industry, and the company cannot assure you that it will be able to continue to attract, motivate and retain personnel with the skills and experience needed to successfully manage the company business and operations.

**The impact of future transactions on the company's common stock is uncertain.**
The company periodically reviews potential transactions related to products or product rights and businesses complementary to the company's business. Such transactions could include mergers, acquisitions, joint ventures, alliances or licensing agreements. In the future, the company may choose to enter into such transactions at any time. The impact of transactions on the market price of a company's stock is often uncertain, but it may cause substantial fluctuations to the market price. Consequently, any announcement of any such transaction could have a material adverse effect upon the market price of the company's common stock. Moreover, depending upon the nature of any transaction, the company may experience a charge to earnings, which could be material and could possibly have an adverse impact upon the market price of the company's common stock.

**Future sales or issuances of equity or convertible securities could depress the market price of the company's common stock and be dilutive and affect the company's ability to raise funds through equity issuances.**
If the company's stockholders sell substantial amounts of the company's common stock or the company issues substantial additional amounts of the company's equity securities, or there is a belief that such sales or issuances could occur, the market price of the company's common stock could fall. These factors could also make it more difficult for the company to raise funds through future offerings of equity securities.

**The market price of the company's common stock may be subject to significant volatility.**
The market price of the company's common stock may be highly volatile because of a number of factors, including the following:
- actual or anticipated fluctuations in the company's operating results;
- changes in expectations as to the company's future financial performance, including financial estimates by securities analysts and investors;
- the operating performance and stock price of other companies in the company's industry;
- announcements by the company or the company's competitors of new products or significant contracts, acquisitions, joint ventures or capital commitments;
- changes in interest rates;
- additions or departures of key personnel; and
- future sales or issuances of the company's common stock.

In addition, the stock markets from time to time experience price and volume fluctuations that may be unrelated or disproportionate to the operating performance of particular companies. These broad fluctuations may adversely affect the trading price of the company's common stock, regardless of the company's operating performance.

## MANAGEMENT'S REPORT ON INTERNAL CONTROL OVER FINANCIAL REPORTING

Our management is responsible for establishing and maintaining adequate internal control over financial reporting a defined in Rules 13a-15(f) and 15d -15(f) under the Securities Exchange Act of 1934. Our internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. Our internal control over financial reporting includes those policies and procedures that:

(i) pertain to the maintenance of records that in reasonable detail, accurately and fairly reflect the transactions and dispositions of our assets.

(ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of our management and directors; and

(iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use or disposition of our assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Under the supervision and with the participation of our management, including our principal executive officer and principal financial officer, we conducted an evaluation of the effectiveness of our internal control over financial reporting based on the framework in Internal Control - Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). Our assessment of the internal control structure excluded Houno A/S which was acquired on August 31, 2006. Houno A/S had net sales of $4.1 million and total assets of $5.8 million, which are included in the consolidated financial statements of the company as of and for the year ended December 30, 2006. Under guidelines established by the Securities Exchange Commission, companies are allowed to exclude acquisitions from their assessment of internal control over financial reporting during the first year of an acquisition while integrating the acquired company.

Based on our evaluation under the framework in *Internal Control - Integrated Framework,* our management concluded that our internal control over financial reporting was effective as of December 30, 2006. Our management's assessment of the effectiveness of our internal control over financial reporting as of December 30, 2006 has been audited by Deloitte & Touche LLP, an independent registered public accounting firm, as stated in their report which is included herein.

The Middleby Corporation
March 14, 2007

## REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors and Stockholders of The Middleby Corporation

We have audited management's assessment, included in the accompanying Management's Report on Internal Control Over Financial Reporting, that The Middleby Corporation and subsidiaries (the "Company") maintained effective internal control over financial reporting as of December 30, 2006, based on criteria established in Internal Control—Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission. As described in Management's Report on Internal Control Over Financial Reporting, management excluded from its assessment the internal control over financial reporting at Houno A/S, which was acquired on August 31, 2006, and whose financial statements constitute 0% and 2% of net and total assets, respectively, 1 % of revenues, and (1%) of net income of the consolidated financial statement amounts as of and for the year ended December 30, 2006. Accordingly, our audit did not include the internal control over financial reporting at Houno A/S. The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting. Our responsibility is to express an opinion on management's assessment and an opinion on the effectiveness of the Company's internal control over financial reporting based on our audit.

We conducted our audit in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, evaluating management's assessment, testing and evaluating the design and operating effectiveness of internal control, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinions.

A company's internal control over financial reporting is a process designed by, or under the supervision of, the company's principal executive and principal financial officers, or persons performing similar functions, and effected by the company's board of directors, management, and other personnel to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of the inherent limitations of internal control over financial reporting, including the possibility of collusion or improper management override of controls, material misstatements due to error or fraud may not be prevented or detected on a timely basis. Also, projections of any evaluation of the effectiveness of the internal control over financial reporting to future periods are subject to the risk that the controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

In our opinion, management's assessment that the Company maintained effective internal control over financial reporting as of December 30, 2006, is fairly stated, in all material respects, based on the criteria established in Internal Control—Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission. Also in our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 30, 2006, based on the criteria established in *Internal Control—Integrated Frame*work issued by the Committee of Sponsoring Organizations of the Treadway Commission.

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the consolidated financial statements as of and for the year ended December 30, 2006 of the Company and our report dated March 14, 2007 expressed an unqualified opinion on those financial statements and included an explanatory paragraph regarding the Company's adoption of Statement of Financial Accounting Standards No. 123(R), "Share-Based Payment," on January 1, 2006.

*Deloitte & Touche LLP*

DELOITTE & TOUCHE LLP
Chicago, Illinois
March 14, 2007

## REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors and Stockholders of The Middleby Corporation

We have audited the accompanying consolidated balance sheets of The Middleby Corporation and subsidiaries (the "Company") as of December 30, 2006 and December 31, 2005, and the related consolidated statements of earnings, stockholders' equity, and cash flows for each of the three years in the period ended December 30, 2006. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, such consolidated financial statements present fairly, in all material respects, the financial position of The Middleby Corporation and subsidiaries as of December 30, 2006 and December 31, 2005, and the results of their operations and their cash flows for each of the three years in the period ended December 30, 2006, in conformity with accounting principles generally accepted in the United States of America.

As described in Note 4 to the consolidated financial statements, on January 1, 2006, the Company adopted Statement of Financial Accounting Standards No. 123(R), *"Share-Based Payment."*

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the effectiveness of the Company's internal control over financial reporting as of December 30, 2006, based on the criteria established in *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission and our report dated March 14, 2007 expressed an unqualified opinion on management's assessment of the effectiveness of the Company's internal control over financial reporting and an unqualified opinion on the effectiveness of the Company's internal control over financial reporting.

*Deloitte & Touche LLP*

DELOITTE & TOUCHE LLP
Chicago, Illinois
March 14, 2007

## CONSOLIDATED BALANCE SHEETS

December 30, 2006 and December 31, 2005

| (amounts in thousands, except share data) | 2006 | 2005 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $  3,534 | $  3,908 |
| Accounts receivable, net | 51,580 | 38,552 |
| Inventories, net | 47,292 | 40,989 |
| Prepaid expenses and other | 3,289 | 4,513 |
| Prepaid taxes | 1,129 | 3,354 |
| Current deferred taxes | 10,851 | 10,319 |
| Total current assets | 117,675 | 101,635 |
| Property, plant and equipment, net | 28,534 | 25,331 |
| Goodwill | 101,258 | 98,757 |
| Other intangibles | 35,306 | 35,498 |
| Other assets | 2,249 | 2,697 |
| Total assets | $ 285,022 | $ 263,918 |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Current maturities of long-term debt | $  16,838 | $  13,780 |
| Accounts payable | 19,689 | 17,576 |
| Accrued expenses | 69,636 | 62,689 |
| Total current liabilities | 106,163 | 94,045 |
| Long-term debt | 65,964 | 107,815 |
| Long-term deferred tax liability | 5,867 | 8,207 |
| Other non-current liabilities | 6,455 | 5,351 |
| Stockholders' equity: | | |
| Preferred stock, $.01 par value; none issued | — | — |
| Common stock, $.01 par value, 11,807,767 and 11,751,219 shares issued in 2006 and 2005, respectively | 117 | 117 |
| Paid-in capital | 73,743 | 65,087 |
| Treasury stock at cost; 3,855,044 and 3,856,344 shares in 2006 and 2005, respectively | (89,641) | (89,650) |
| Retained earnings | 115,917 | 73,540 |
| Accumulated other comprehensive loss | 437 | (594) |
| Total stockholders' equity | 100,573 | 48,500 |
| Total liabilities and stockholders' equity | $ 285,022 | $ 263,918 |

The accompanying Notes to Consolidated Financial Statements are an integral part of these consolidated financial statements.

## CONSOLIDATED STATEMENTS OF EARNINGS

For the fiscal years ended December 30, 2006,
December 31, 2005 and January 1, 2005

| (amounts in thousands, except per share data) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Net sales | $ 403,131 | $ 316,668 | $ 271,115 |
| Cost of sales | 246,254 | 195,015 | 168,487 |
| Gross profit | 156,877 | 121,653 | 102,628 |
| Selling and distribution expenses | 40,371 | 33,772 | 30,496 |
| General and administrative expenses | 39,605 | 29,909 | 23,113 |
| Stock repurchase transaction expenses | — | — | 12,647 |
| Lease reserve adjustments | — | — | (1,887) |
| Income from operations | 76,901 | 57,972 | 38,259 |
| Interest expense and deferred financing amortization, net | 6,932 | 6,437 | 3,004 |
| Debt extinguishment expenses | — | — | 1,154 |
| Gain on acquisition financing derivatives | — | — | (265) |
| Other expense, net | 161 | 137 | 522 |
| Earnings before income taxes | 69,808 | 51,398 | 33,844 |
| Provision for income taxes | 27,431 | 19,220 | 10,256 |
| Net earnings | $  42,377 | $  32,178 | $  23,588 |
| NET EARNINGS PER SHARE: | | | |
| Basic | $      5.54 | $      4.28 | $      2.56 |
| Diluted | $      5.13 | $      3.98 | $      2.38 |
| WEIGHTED AVERAGE NUMBER OF SHARES | | | |
| Basic | 7,643 | 7,514 | 9,200 |
| Dilutive stock options | 616 | 579 | 731 |
| Diluted | 8,259 | 8,093 | 9,931 |

The accompanying Notes to Consolidated Financial Statement are an integral part of these consolidated financial statements.

## CONSOLIDATED STATEMENTS OF CHANGES IN STOCKHOLDERS' EQUITY

For The Fiscal Years Ended
December 30, 2006, December 31, 2005
And January 1, 2005
(amounts in thousands)

| | Common Stock | Paid-in Capital | Treasury Stock | Retained Earnings | Accumulated Other Comprehensive Income | Total Stockholders' Equity |
|---|---|---|---|---|---|---|
| Balance, January 3, 2004 | $ 113 | $ 55,279 | $ (12,463) | $ 21,470 | $ (2,309) | $ 62,090 |
| Comprehensive income: | | | | | | |
| Net earnings | — | — | — | 23,588 | — | 23,588 |
| Currency translation adjustments | — | — | — | — | 674 | 674 |
| Decrease in minimum pension liability, net of tax of $290 | — | — | — | — | 1,077 | 1,077 |
| Unrealized gain on interest rate swap, net of tax of $143 | — | — | — | — | 201 | 201 |
| Net comprehensive income | — | — | — | 23,588 | 1,952 | 25,540 |
| Exercise of stock options | — | 349 | — | — | — | 349 |
| Purchase of treasury stock | — | — | (77,187) | — | — | (77,187) |
| Restricted stock issuance | 1 | (1) | — | — | — | — |
| Stock compensation | — | 119 | — | — | — | 119 |
| Dividend payment | — | — | — | (3,696) | — | (3,696) |
| Balance, January 1, 2005 | $ 114 | $ 55,746 | $ (89,650) | $ 41,362 | $ (357) | $ 7,215 |
| Comprehensive income: | | | | | | |
| Net earnings | — | — | — | 32,178 | — | 32,178 |
| Currency translation adjustments | — | — | — | — | (687) | (687) |
| Increase in minimum pension liability, net of tax of $(169) | — | — | — | — | (255) | (255) |
| Unrealized gain on interest rate swap, net of tax of $522 | — | — | — | — | 705 | 705 |
| Net comprehensive income | — | — | — | 32,178 | (237) | 31,941 |
| Exercise of stock options | — | 977 | — | — | — | 977 |
| Restricted stock issuance | 3 | (3) | — | — | — | — |
| Stock compensation | — | 3,310 | — | — | — | 3,310 |
| Tax benefit on stock compensation | — | 5,057 | — | — | — | 5,057 |
| Balance, December 31, 2005 | $ 117 | $ 65,087 | $ (89,650) | $ 73,540 | $ (594) | $ 48,500 |
| Comprehensive income: | | | | | | |
| Net earnings | — | — | — | 42,377 | — | 42,377 |
| Currency translation adjustments | — | — | — | — | 945 | 945 |
| Decrease in pension benefit costs, net of tax of $145 | — | — | — | — | 218 | 218 |
| Unrealized gain on interest rate swap, net of tax of $(88) | — | — | — | — | (132) | (132) |
| Net comprehensive income | — | — | — | 42,377 | 1,031 | 43,408 |
| Exercise of stock options | — | 789 | — | — | — | 789 |
| Issuance of treasury stock | — | — | 9 | — | — | 9 |
| Stock compensation | — | 4,584 | — | — | — | 4,584 |
| Tax benefit on stock compensation | — | 3,283 | — | — | — | 3,283 |
| Balance, December 30, 2006 | $ 117 | $ 73,743 | $ (89,641) | $115,917 | $ 437 | $ 100,573 |

The accompanying Notes to Consolidated Financial Statements are an integral part of these consolidated financial statements.