# EXHIBIT B



# THE MIDDLEBY CORPORATION

THE MIDDLEBY CORPORATION (NASDAQ: MIDD) is a leading manufacturer of commercial cooking equipment. The company has 17 offices worldwide and manufacturing facilities in Illinois, North Carolina, Vermont, New Hampshire, Michigan, Wisconsin, Georgia, Denmark and the Philippines.

**Click on a brand for more information**



### Company News and Media

- **Press Release**: The Middleby Corporation Acquires New Star Holdings International, Inc.
- **Motley Fool**: Selim Bassoul, Best CEO: Fool Awards 2007 (December, 2007)
- **Press Release**: The Middleby Corporation Acquires New Star Holdings International, Inc.
- **Press Release**:ACG Chicago Names Middleby Corporation Emerging Growth Award Recipient
- **Chicago Sun-Times**: Bassoul's positive fanaticism helps oven-maker go from struggling to world-class (link to the attached article)
- **Nation's Restaurant News**: Blackbird's kitchen upgrade ramps up cuisine, service   March, 2007
- **Investor's Business Daily**: Restaurant Supplier Banks on Rocket Fryer, Jan. 12, 2007
- **Motley Fool**: Middleby Corporation Named Best Small Company for 2007
- **Kiplinger's Personal Finance** This Company's Really Cooking, January 2007 issue
- Middleby Opens NASDAQ Stock Market, November 13, 2006.
- **Press Release**: Middleby Ranks #9 on Forbes 2006 Best Small Companies List
- **Crain's Chicago Business**: Middleby CEO lays it all on the line, targets British restaurant supplier. August 14, 2006
- **Press Release**: Selim Bassoul Inducted into Entrepreneurship Hall of Fame
- **Financial Times**: Selim Bassoul, CEO Casts Hungry eye over Enodis.
- **Crain's Chicago Business**: Middleby WOWing competitors with new products.
- **USA Today**: Middleby WOW! Oven promises 6 minute pizza.
- **CNBC-TV**: Middleby Chairman Selim Bassoul discusses energy efficiency on CNBC-TV, 4/27. (Windows Media player required)
- **Press Release**: Selim Bassoul Named Recipient of YPO International Legacy Award  **photo**

-Click here for more company news and media-

### Investor Relations

**Click here for an investor package**

- **Press Release:** Middleby Announces Record Third Quarter 2007 Earnings.
- **Earnings Conference Call:** Audio link for Third Quarter Conference Call at 10 am CT, Nov. 9
- **Presentation:** Baird Industrial Conference Presentation, Nov. 6, 2007
- **Press Release:** Middleby Sets Third Quarter Earnings Announcement and Conference Call

### Hot News from Middleby Brands




**Middleby Turns Up the Heat**

### General Information

- Awards & Recognitions
- **Shareholders** and other interested parties who wish to communicate with the Board of Directors may do so by e-mailing your communication to board@middleby.com
- Complaint Procedures Regarding Accounting and Auditing Matters
- Corporate Code of Ethics Of The Middleby Corporation
- Employment

Middleby Marshall Order Status



Click here for more awards

- **Investor Conference:** Middleby to present at Baird Industrial Conference at 3:40 p.m. CT on November 6 (audio link).
- **Press Release:** Middleby to present at Baird Industrial Conference at 3:40 p.m. CT on November 6
- **Press Release:** Middleby Corporation Reports 2nd Quarter 2007 Results
- **Press Release:** The Middleby Corporation Acquires Wells Bloomfield
- **Press Release:** The Middleby Corporation Acquires Carter Hoffmann
- **Press Release:** Middleby Enters Agreement to Acquire Business of MP Equipment Company
- Middleby Investor Presentation
- **Press Release:** Middleby Corporation Reports 1st Quarter 2007 Results
- **Middleby 2006 Annual Report**
- SEC Edgar® Data and Filings
- Latest NASDAQ Stock Quote

**Click here for more investor news
and previous annual reports**

© 2007 Middleby Corporation. All rights reserved. Disclaimer

# EXHIBIT C



Elaine F. Marshall
*Secretary*

North Carolina
# DEPARTMENT OF THE SECRETARY OF STATE
PO Box 29622 Raleigh, NC 27626-0622 (919)807-2000

## CORPORATIONS

Corporations Home
Search By Corporate Name
Search For New Corporation
Search By Registered Agent
Important Notice
Corporations FAQ
Homeowners' Association FAQ
Tobacco Manufacturers
Dissolution Reports
Non-Profit Reports
Verify Certification
Online Annual Reports

## LINKS & LEGISLATION

KBBE B2B Annual Reports
SOSID Number Correction
2001 Bill Summaries
1999 Senate Bills
Annual Reports 1997
Corporations 1997
Register for E-Procurement
Dept. of Revenue

## ONLINE ORDERS

Start An Order
New Payment Procedures

## CONTACT US

Corporations Division
Secretary of State's web site

## TOOLS

Secretary of State Home
Secretary of State Site Map
Printable Page

Date: 2/14/2008

Click here to:

**View Document Filings | Sign Up for E-Notifications |**
**Print apre-populated Annual Report Form | Annual Report Count | File an**
**Annual Report |**

## Corporation Names

| Name | Name Type |
|------|-----------|
| **NC** Middleby Marshall Inc. | Legal |

## Business Corporation Information

| | |
|---|---|
| **SOSID:** | 0252421 |
| **Status:** | Current-Active |
| **Date Formed:** | 7/17/1989 |
| **Citizenship:** | Foreign |
| **State of Inc.:** | DE |
| **Duration:** | Perpetual |

## Registered Agent

| | |
|---|---|
| **Agent Name:** | CT Corporation System |
| **Registered Office Address:** | 225 Hillsborough Street Raleigh NC 27603 |
| **Registered Mailing Address:** | 225 Hillsborough Street Raleigh NC 27603 |
| **Principal Office Address:** | 1400 Toastmaster Drive Elgin IL 60120 |
| **Principal Mailing Address:** | 1400 Toastmaster Drive Elgin IL 60120 |

## Stock

| Class | Shares | No Par Value | Par Value |
|-------|--------|--------------|-----------|
| 99 SEE CERT | 0 | | 0 |

For questions or comments about the Secretary of State's web site, please send e-mail to **Webmaster**.

# EXHIBIT D



# SERVICE!

## Click here to return to the United States Service Map.

## Click here to return to the World Service Map.

Middleby Home | Service Home | Tech Pubs | Training | Directions

### North Carolina:  All ZIP Codes
### South Carolina:  All ZIP Codes

**Whaley**

Main office:
137 Cedar Road
Lexington, SC 29073
(803) 791-4420
(800) 877-2662
Fax: (803) 996-9921

Branch office:
8334-K Arrowridge Blvd
Charlotte, NC 28273
(704) 529-6242
(800) 877-3599
Fax: (877) 798-8893

Branch office:
3020-B Thurston Ave
Greensboro, NC 27406
(336) 333-2333
(800) 800-0807 Local
Fax: (336) 808-4917

Branch office:
335-105 Sherwee Drive
Raleigh, NC 27603
(919) 779-2266
(800) 849-6011
Fax (919) 779-2224

Branch office:
6418 Amsterdam Way, Unit
101
Wilmington, NC 28405
(910) 791-0000
(800) 758-2314
Fax: (877) 798-8899

Branch office:
4740-A Franchise Street
North Charleston, SC 29418
(803) 760-2110
(800) 877-2662
Fax: (803) 794-4630

Branch office:
1406-C Commerce Place
Myrtle Beach, SC 29577
(800) 626-6586
Fax: (843) 626-2632

Branch office:
748 Congaree Road
Greenville, SC 29607
(864) 234-7011
(800) 494-2539
Fax: (864) 770-8993



**Click on a map region for service agency information.**

## Click here to download an Adobe® PDF version of the Service Agency Listing.

*NOTE: The PDF version of the Agency Listing requires the Adobe Acrobat® Reader to be installed
on your computer. Click here to download the Adobe Acrobat® Reader free of charge.*

## Back to Service Home Page

Middleby Home | Service Home | Tech Pubs | Training | Directions



**Colored areas on the map below show service agency territories.**
**Agency territories are referenced by the first 3 digits of your ZIP Code.**
## Click on a territory for service agency address and contact information.



## Click here to download an Adobe® PDF version of the Service Agency Listing.

*NOTE: The PDF version of the Agency Listing requires the Adobe Acrobat® Reader to be installed*
*on your computer. Click here to download the Adobe Acrobat® Reader free of charge.*

## Back to Service Home Page

**Middleby Home | Service Home | Tech Pubs | Training | Directions**



*Building Quality Products Since 1848*

HOME    ORDER STATUS    COMPANY INFO.    CONTACT US    SITE MAP

**NEW PRODUCTS**

**CONVECTION OVENS**
Full Size Ovens
Bakery Depth Ovens
Half Size Ovens
Rotating Rack Oven

**COMBI OVENS**
BCX Series
COS Series
Synergy Roll In

**DECK OVENS**
Baking & Roasting Ovens
Pizza Ovens

**RANGE EQUIPMENT**
Ranges
Broilers & Salamanders

**STEAM EQUIPMENT**
Convection Steamers
Steam Kettles
Braising Pans

**CONVEYOR OVENS**

**SALES & SERVICE**
**LITERATURE**
**NEWS**
**REP SUPPORT SITE**

# SALES & SERVICE

## U.S. AND CANADIAN SALES AND SERVICE

Click on the map below to pull up information on your local Blodgett sales representatives and service agents. Or click here to download the complete list. We look forward to serving your business needs.



**Click here for the
INTERNATIONAL
SALES & SERVICE DIRECTORY**

Copyright G.S. Blodgett Corporation 2008

# EXHIBIT E

A B C D F G H I K L M N O P Q R S T U V W Y

## ALABAMA

**Parts and Service** | **Equipment Sales**

**Jones-McLeod**
1616 7th Ave. North
Birmingham, AL  35203
(800) 821-1150 *Tel*
(205) 251-0159 *Tel*
(205) 322-1440 *Fax*

**P.M.R.**
*Territory Zip Codes: 350-352, 354-369*
6079 Oakbrook Parkway
Norcross, GA 30093
(770) 441-3100 *Tel*
(800) 836-2716 *Tel*
(770) 449-6834 *Fax*

## ALASKA

**Parts and Service** | **Equipment Sales**

**Restaurant Appliance**
7219 Roosevelt Way N.E.
Seattle, WA  98115-5692
(866) 770-2022 *Tel (tri state)*
(206) 524-8200 *Tel*
(206) 525-2890 *Fax*

**Gilbertson, Fereday & Roberts**
*Territory Zip Codes: 995-999*
6323 NW Manor Drive
Portland, OR 97210
(971) 219-6563 *Tel*
(503) 674-2408 *Fax*

## ALBERTA

**Parts and Service** | **Equipment Sales**

**Key Food Equipment**
5845 Gateway Blvd.
Edmonton, Alberta T6H 2H3
(780) 438-1690 *Tel*
(800) 232-1963 *Tel*
(780) 436-7999 *Fax*

**W.D. Colledge Co. Ltd.**
1104 Deer River Circle, S.E.
Calgary, Alberta T2J 7A3
(403) 278-3901 *Tel*
(403) 278-3903 *Fax*

## ARIZONA

**Parts and Service** | **Equipment Sales**

**Authorized Commercial Food Equipment Service, Inc.**
*Shared Territory*
4832 S. 35th Street

**McCall Group**
*Territory Zip Codes:*
*850, 852-853, 855-857, 859, 860,    863-865*
4902 E. Cholla St.
Scottsdale, AZ 85254

Phoeniz, AZ  85040
(800) 824-8875 *Tel*
(602) 234-2443 *Tel (24 hrs)*
(602) 232-5862 *Fax*

**GCS Service, INC**
Shared Territory
4832 S. 35th Street
Scottsdale, AZ 85040
(800) 822-8875
(602) 232-5862 FAX

(602) 795-7304 *Tel*
(602) 795-7338 *Fax*

## ARKANSAS

| Parts and Service | Equipment Sales |
|---|---|
| **Bromley Parts & Service**<br>Zip Codes: 716-722, 725-729<br>1000 Ringo Street<br>Little Rock, AR  72202<br>(800) 482-9269 *Tel*<br>(501) 374-0281 *Tel*<br>(501) 374-8352 *Fax* | **Tatlock - Ordoyne &**<br>84 River Bluff Drive<br>Madisonville, LA 70447<br>(985) 845-4656 *Tel*<br>(985) 845-0262 *Fax* |
| **Camp Electric**<br>Zip Codes: 723-724<br>647 Madison Ave.<br>Memphis, TN  38103<br>(800) 238-7345 *Tel*<br>(901) 527-7543 *Tel*<br>(901) 526-3379 *Fax* | |

## BRITISH COLUMBIA

| Parts and Service | Equipment Sales |
|---|---|
| **Key Food Equipment Service**<br>#105-3728 North Fraser Way<br>Burnby, B.C. V5J 5G1<br>(604) 433-4484 *Tel*<br>(800) 665-2655 *Tel*<br>(604) 433-4684 *Fax* | **W.D. Colledge Co. Ltd.**<br>329 North Road #205<br>Coquitlam, BC V3K 6Z8<br>(604) 522-1964 *Tel*<br>(604) 882-8083 *Tel*<br>(604) 522-3050 *Fax*<br>(604) 882-8063 *Fax* |

## CALIFORNIA

| Parts and Service | Equipment Sales |
|---|---|
| **Barkers Food Machinery**<br>Shared Territory Zip Codes: 900-935<br>5367 Second Street<br>Irwindale, CA 91706<br>(800) 258-6999 *Tel*<br>(626) 960-9390 *Tel (24 hrs.)*<br>(626) 337-4541 *Fax* | **Fischer Group**<br>Territory Zip Codes: 900-908, 910-928,<br>930-935<br>1636 North Brian Street<br>Orange, CA 92867<br>(714) 921-2660 *Tel*<br>(714) 921-2544 *Fax* |

**Commercial Appliance**
Territory Zip Codes: 936-966
165-B Commerce Circle
Sacramento, CA 95815
www.commercialappliance.com
(800) 464-2222 Tel
(916) 567-0203 Tel (24 hrs.)
(916) 567-0324 Fax

**Industrial Electric Commercial Parts & Service**
Shared Territory Zip Codes: 900-935
5662 Engineer Drive
Huntington Beach, CA
92649-1124
(800) 457-3783 Tel
(714) 379-7100 Tel
(714) 379-7109 Fax

**Marketsmart, Inc.**
Territory Zip Codes: 936-961
6900 Koll Center Parkway
Suite #406
Pleasanton, CA 94566
(925) 846-6237 Tel
(925) 846-2602 Fax

## COLORADO

**Parts and Service**

**Metro Appliance**
1640 South Broadway
Denver, CO 80210
(800) 525-3532 Tel
(303) 778-1126 Tel (24 hrs.)
(303) 778-0268 Fax

**Equipment Sales**

**Johnson Pike & Assoc.,**
Territory Zip Codes: 800-816
740 Umatilla Street
Denver, CO 80204
(303) 572-0084 Tel
(303) 572-8152 Fax

## CONNECTICUT

**Parts and Service**

**A-Tech**
460 Hayden Station Road
Windsor, CT 06095
(860) 925-6259 Tel ( 24 hrs.)
(800) 832-8324 Tel
(860) 925-6272 Fax

**Equipment Sales**

**C.R. Peterson Associates**
Territory Zip Codes: 060-065, 067
31 Eastman Street
P.O. Box 295
Easton, MA 02334
(800) 257-4040 Tel
(800) 542-0300 Tel
(508) 238-8821 Tel
(508) 238-3647 Fax
CONNECTICUT

**Pecinka Ferri Assoc., Inc.**
Territory Zip Codes: 066, 068-069
49 Sindle Avenue
Little Falls, NJ 07424
(973) 812-4277 Tel
(973) 812-4284 Fax

## DELAWARE

| Parts and Service | Equipment Sales |
|---|---|

**American Kitchen Machinery & Repair Co.**
*Shared Territory*
204 Quarry Street
Philadelphia, PA 19106
(800) 848-7760 *Tel*
(215) 627-7760 *Tel (24 hrs)*
(215) 627-1604 *Fax*

**Elmer Schultz**
*Shared Territory*
540 North 3rd. Street
Philadelphia, PA 19123
(800) 762-7906 *Tel*
(215) 627-5400 *Tel (24 hrs)*
(215) 627-5408 *Fax*

**Schmid Dewland Assoc.**
*Territory Zip Codes:* 197-199
138 Haddonfield-Berlin Road
Gibbsboro, NJ 08026
(856) 783-3400 *Tel*
(856) 783-7375 *Fax*

## DISTRICT OF COLUMBIA

| Parts and Service | Equipment Sales |
|---|---|

**Daubers Incorporated**
7645 Dynatech Court
Springfield, VA 22153
(703) 866-3600 (24 Hrs)
(800) 554-7788
(703) 866-4071 Fax

**Schmid Wilson Group**
*Territory Zip Codes:* 200, 202-205
11409 Cronhill Drive
Suite K
Owings Mills, MD 21117
(410) 998-9191 *Tel*
(410) 998-9195 *Fax*

## FLORIDA

| Parts and Service | Equipment Sales |
|---|---|

**Broward Gas Service Inc.**
*Territory Zip Codes:* 330-334, 340
3301 NW 22nd Terrace
Pompano Beach, FL 33069
(954) 971-0456 Tel
(800) 253-0200 Tel
(954) 973-1825 Fax

**Commercial Appliance**
*Territory Zip Codes:* 320-322, 326,
335-339, 341-342, 344, 346
8416 Laurel Fair Circle
Suite 114
Tampa, FL 33610
(800) 282-4718 *Tel*
(813) 663-0313 *Tel*
(813) 663-0212 *Fax*

**Commercial Appliance**

**Finn Marketing Group**
*Territory Zip Codes:* 320-323, 326-339,
341, 342, 344, 346, 347, 349
14605 McCormick Drive
Tampa, FL 33626
(800) 451-6755 *Tel*
(813) 925-1122 *Tel*
(813) 925-1607 *Fax*

**PMR**
*Territory Zip Codes:* 300-319
6079 Oakbrook Parkway
Norcross, GA 30093
(770) 441-3100 *Tel*
(800) 836-2716 *Tel*
(770) 449-6834 *Fax*

**Service**
*Territory Zip Codes:* 330-334, 340
10120 N.W 53rd Street
Sunrise, FL 33351
(800) 710-1548 Tel
(954) 749-2751 Fax

**GCS SERVICE, INC.**
*Territory Zip Codes:*
Same as above, shared territory
3902 Corporex Park Dr.
Suite 350
Tampa, FL 33619
(800) 282-3008 *Tel*
(813) 621-1174 *Fax*

**Heritage Service Group**
*Shared Territory Zip Codes:* 323-325
9361 Hamman Ave.
Pensacola, FL 32514
(800) 737-9468 *Tel*
(850) 478-5533 *Tel*
(504) 733-2559 *Fax*

**Jones-McLeod, Inc.**
*Shared Territory Zip Codes:* 323-325
1616 7th Ave. North
Birmingham, AL 35203
(205) 251-0159 Tel
(800) 821-1150 Tel
(205) 322-1440 Fax

**Nass Parts and Service**
*Territory Zip Codes:* 321, 327-329, 347,349
1108 South Woods Avenue
Orlando, FL 32805
(800) 432-2795 *Tel*
(407) 425-2681 *Tel*
(407) 425-3463 *Fax*

## GEORGIA

### Parts and Service

**Heritage Foodservice Group of Atlanta**
*Shared Territory:Entire state*
2100 Norcross Pkwy. Suite 130
Norcross, GA 30071
(866) 388-9837 *Tel*
(770) 368-1465 *Tel*
(770) 368-2044 *Fax*

**TWC Service**
*Shared Territory:Entire state*
5080 Highlands Pkwy, Ste A15
Smyrna GA  30082
(770) 438-9797 *Tel*

### Equipment Sales

**P.M.R.**
*Territory Zip Codes:* 300-0319
6079 Oakbrook Parkway
Norcross, GA 30093
(770) 441-3100 *Tel*
(800) 836-2716 *Tel*
(770) 449-6834 *Fax*

(866) 246-9797 *Tel (24 Hrs)*
(770) 438-9799 *Fax*
GEORGIA

## HAWAII

| Parts and Service | Equipment Sales |
|---|---|

**FEPSCO**
300 Puuhale Rd.
Honolulu, HI 96819
(808) 847-4871 *Tel (24 hrs.)*
(808) 842-1560 *Fax*

**Marketsmart, Inc.**
*Territory Zip Codes: 967-968*
6900 Koll Center Parkway
Pleasanton, CA 94566
(925) 846-6237 *Tel*
(925) 846-2602 *Fax*

## IDAHO

| Parts and Service | Equipment Sales |
|---|---|

**Restaurant Appliance Service**
*Territory Zip Codes: 838*
7219 Roosevelt Way N.E.
Seattle, WA 98115-5692
(866) 770-2022 *Tel (tri state)*
(206) 524-8200 *Tel (24 hrs)*
(206) 525-2890 *Fax*

**Ron's Service**
*Territory Zip Codes: 832-837*
16364 S.W. 72nd. Ave.
Portland, OR 97224
(800) 851-4118 *Tel*
(503) 624-0890 *Tel*
(503) 684-6107 *Fax*

**Gilbertson, Fereday & Roberts**
*Territory Zip Codes: 832-838*
312 10th Street
Stevensville, MT 59870
(800) 275-3654 *Tel*
(406) 777-3533 *Fax*

## ILLINOIS

| Parts and Service | Equipment Sales |
|---|---|

**Commercial Kitchen Services**
*Territory Zip Codes: 620-622*
10667 Midwest Industrial Blvd
St. Louis, MO 63132
(314) 890-0700 *Tel (24 Hrs)*
(800) 966-2936 *Tel*
(314) 890-0705 *Fax*

**ESI: Eichenauer Services**
*Territory Zip Codes: 614-619, 623-629*
130 South Oakland Ave.
Decatur, IL 62522
(800) 252-5892 *Tel (IL Only)*
(217) 429-4229 *Tel (24 hrs.)*
(217) 429-0226 *Fax*

**Jay Mark Group LTD**
*Territory Zip Codes: 623-628*
175 Lively Blvd.
Elk Grove Village, IL 60007
(847) 545-1918 *Tel*
(847) 545-1932 *Fax*

**Kain McArthur Inc.**
*Territory Zip Codes: 620, 622, 629*
2000 East Prairie Circle
Olathe, KS 66062
(913) 829-3700 *Tel*
(913) 829-0000 *Fax*

**General Parts, Inc.**
*Territory Zip Codes: 600-613 shared territory*
248 James Street
Bensenville, IL 60106
(800) 880-3604 *Tel*
(630) 595-3300 *Tel*
(630) 595-0006 *Fax*

**South Town Food Service**
*Territory Zip Codes: 600-613 shared territory*
1814 Beach Street
Broadview, IL 60155
(708) 345-5055 *Tel (24 Hrs)*
(800) 875-7537 *Tel*
(630) 620-5803 *Fax*

## INDIANA

**Parts and Service**

**Equipment Sales**

**Certified Service Center**
*Territory Zip Codes: 471*
4283 Produce Road
Louisville, KY 40218-3064
(502) 964-7007 *Tel (24 Hrs)*
(800) 637-6350 *Tel*
(502) 964-7202 *Fax*

**DRC Marketing Group**
*Territory Zip Codes: 460-462, 465-479*
1325 N. Routiers Road
Indianapolis, IN 46219
(317) 899-8093 *Tel*
(317) 899-8094 *Fax*
INDIANA

**Certified Service Center**
*Territory Zip Codes: 470*
6890 Redna Terrace
Cincinnati, OH 45215-1111
(513) 772-6600 *Tel (24 Hrs)*
(800) 543-2060 *Tel*
(513) 612-6600 *Fax*

**Jay Mark Group LTD**
*Territory Zip Codes:463-464*
175 Lively Blvd.
Elk Grove Village, IL 60007
(847) 545-1918 *Tel*
(847) 545-1932 *Fax*

**General Parts Inc.**
*Territory Zip Codes: 460-469, 472-479*
6238 La Pas Trail
Indianapolis, IN 46268
(800) 410-9794 *Tel*
(317) 290-8060 *Tel*
(317) 290-8085 *Fax*

## IOWA

**Parts and Service**

**Equipment Sales**

**Goodwin Tucker Group**
2900 Delaware Ave.
Des Moines, IA 50317
(800) 372-6066 *Tel*
(515) 262-9308 *Tel (24 hrs)*
(515) 262-2936 *Fax*

**Kain McArthur Inc.**
*Territory Zip Codes:500-516, 520-528*
2000 East Prairie Circle
Olathe, KS 66062
(913) 829-3700 *Tel*
(913) 829-0000 *Fax*

## KANSAS

## Parts and Service

**General Parts Inc.**
1101 East 13th. St.
Kansas City, MO 64106
(800) 279-9967 *Tel (24 hrs)*
(816) 421-5400 *Tel (24 hrs)*
(800) 279-9968 *Fax*

## Equipment Sales

**Kain McArthur Inc.**
*Territory Zip Codes:*
660-662, 664-679
2000 East Prairie Circle
Olathe, KS 66062
(913) 829-3700 *Tel*
(913) 829-0000 *Fax*

## KENTUCKY

### Parts and Service

**Certified Service Center**
*Territory Zip Codes: Entire state of KY,
excluding zip code: 410*
4283 Produce Road
Louisville, KY 40218-3064
(800) 637-6350 *Tel*
(502) 964-7007 *Tel (24 hrs)*
(502) 964-7202 *Fax*

**Certified Service Center**
*Territory Zip Codes: 410*
890 Redna Terrace
Cincinnati, OH 45215-1111
(800) 543-2060 *Tel*
(513) 772-6600 *Tel (24 hrs)*
(513) 612-6611 *Fax*

### Equipment Sales

**DRC Marketing Group**
*Territory Zip Codes: 400-418, 420-4277*
Knollwood Court
Fairfield, OH 45014
(513) 939-3720 *Tel*
(513) 939-3723 *Fax*

## LOUISIANA

### Parts and Service

**Chandlers Parts &
Service**
11656 Darryl Dr.
Baton Rouge, LA 70815-2190
(800) 349-8888 *Tel (24 hrs)*
(225) 272-6620 *Tel (24 hrs)*
(225) 272-7168 *Fax*

### Equipment Sales

**Tatlock - Ordoyne &
Associates**
84 River Bluff Drive
Madisonville, LA 70447
(985) 845-4656 *Tel*
(985) 845-0262 *Fax*

## MAINE

### Parts and Service

**Massachusetts Rest.**
34 South Street
Somerville, MA 02143
(800) 338-6737 *Tel*
(617) 868-1930 *Tel (24 hrs)*
(617) 868-5331 *Fax*

### Equipment Sales

**C.R. Peterson**
31 Eastman Street
P.O. Box 295
Easton, MA 02334
(508) 238-8821 *Tel*
(800) 257-4040 *Tel*
(800) 542-0300 *Tel*
(508) 238-3647 *Fax*

## MANITOBA & SASKATCHEWAN

| Parts and Service | Equipment Sales |
|---|---|
| **Key Food Equipment**<br>5845 Gateway Blvd.<br>Edmonton, Alberta T6H 2H3<br>(780) 438-1690 *Tel*<br>(800) 232-1963 *Tel*<br>(780) 436-7999 *Fax* | **W.D. Colledge Co. Ltd.**<br>*Territory Zip Codes:*<br>Manitoba, Thunder Bay & Saskatchewan<br>2 Huppe Bay<br>Winnipeg, Manitoba R3X 1H3<br>(204) 257-7180 *Tel*<br>(204) 255-0441 *Fax* |

## MARYLAND

| Parts and Service | Equipment Sales |
|---|---|
| **EMR**<br>700 E 25th Street<br>Baltimore, MD 21218<br>(800) 879-4994 *Tel*<br>(410) 467-8080 *Tel*<br>(410) 243-2509 *Fax* | **Schmid Wilson Group**<br>*Territory Zip Codes: 206-212, 214-219*<br>11409 Cronhill Drive<br>Suite K<br>Owings Mills, MD 21117<br>(410) 998-9191 *Tel*<br>(410) 998-9195 *Fax* |

## MASSACHUSETTS

| Parts and Service | Equipment Sales |
|---|---|
| **A-Tech Service**<br>*Territory Zip Codes: 010-013*<br>460 Hayden Station Road<br>Windsor, CT 06095<br>(860) 925-6259 *Tel (24 Hrs)*<br>(800) 832-8324 *Tel*<br>(860) 925-6272 *Fax*<br><br>**Massachusetts Restaurant Equipment Service Inc.**<br>*Territory Zip Codes: 014-027*<br>34 South Street<br>Somerville, MA 02143<br>(800) 338-6737 *Tel*<br>(617) 868-1930 *Tel (24 hrs)*<br>(617) 868-5331 *Fax* | **C.R. Peterson**<br>*Territory Zip Codes: 010-027*<br>31 Eastman Street<br>P.O. Box 295<br>Easton, MA 02334<br>(508) 238-8821 *Tel*<br>(800) 257-4040 *Tel*<br>(800) 542-0300 *Tel*<br>(508) 238-3647 *Fax* |

## MICHIGAN

| Parts and Service | Equipment Sales |
|---|---|
| **A & R Repairs**<br>*Territory Zip Codes: 480-487, 492*<br>24551 Ryan Road<br>Warren, MI 48091 | **Stiefel Associates**<br>*Territory Zip Codes: 480-499*<br>3125 Pine Tree Road<br>Suite 3C |

(586) 758-4440 *Tel*
(800) 852-2261 *Tel*
(586) 758-0740 *Fax*

**Midwest Food Equipment**
*Territory Zip Codes: 488-491, 493-497*
3055 Dixie Avenue SW
Grandville, MI 49418
(616) 261-2000 *Tel*
(800) 288-7060 *Tel (24 Hrs)*
(616) 261-2020 *Fax*

Lansing, MI 48911
(517) 393-3019 *Tel*
(517) 393-3023 *Fax*

## MINNESOTA

| Parts and Service | Equipment Sales |
|---|---|

**General Parts Inc.**
11311 Hampshire Ave.
South Bloomington, MN 55438-2456
(800) 279-9980 *Tel (24 hrs)*
(612) 944-5800 *Tel (24 hrs)*
(800) 279-9981 *Fax*

**North Star Agency**
*Territory Zip Codes: 550-551, 533-567*
1405 Lilac Drive North
Suite 108
Minneapolis, MN 55422
(763) 545-1400 *Tel*
(763) 545-7158 *Fax*

## MISSISSIPPI

| Parts and Service | Equipment Sales |
|---|---|

**Camp Electric**
*Territory Zip Codes: 386, 388*
647 Madison Ave
Memphis, TN 38103
(800) 238-7345 *Tel*
(901) 527-7543 *Tel*
(901) 526-3379 *Fax*

**Tatlock - Ordoyne &**
84 River Bluff Drive
Madisonville, LA 70447
(985) 845-4656 *Tel*
(985) 845-0262 *Fax*

**GCS Service, Inc.**
*Territory Zip Codes: 387, 389-397108*
Distribution Drive, Suite A
Richland, MS 39218
(800) 274-5954 *Tel*
(601) 956-7800 *Tel*
(601) 420-5954 *Fax*

## MISSOURI

| Parts and Service | Equipment Sales |
|---|---|

**Commercial Kitchen Serv.**
*Territory Zip Codes: 630-631, 633-639, 650-652, 654-655*
Midwest Industrial Blvd
St. Louis, MO 63132
(800) 966-2936 *Tel*
(314) 890-0700 *Tel (24 hrs)*
(314) 890-0705 *Fax*

**Kain McArthur Inc.**
*Territory Zip Codes: 644-648, 650-658*
2000 East Prairie Circle
Olathe, KS 66062
(913) 829-3700 *Tel*
(913) 829-0000 *Fax*

**General Parts Inc.**
*Territory Zip Codes: 640-641, 644-648, 653, 656-658*
1101 East 13th. St.
Kansas City, MO 64106
(800) 279-9967 *Tel (24 hrs)*
(816) 421-5400 *Tel (24 hrs)*
(800) 279-9968 *Fax*

## MONTANA

**Parts and Service**

**Restaurant Appliance Service**
7219 Roosevelt Way N.E.
Seattle, WA 98115-5692
(866) 770-2022 *Tel (tri state)*
(206) 524-8200 *Tel (24 hrs)*
(206) 525-2890 *Fax*

**Equipment Sales**

**Gilbertson, Fereday & Roberts**
*Territory Zip Codes: 590-599*
312 10th Street
Stevensville, MT 59870
(800) 275-3654 *Tel*
(406) 777-3533 *Fax*

## NEBRASKA

**Parts and Service**

**Goodwin Tucker**
7535 "D" Street
Omaha, NE 68124-4047
(402) 397-2880 *Tel*
(800) 228-0342 *Tel*
(402) 397-2881 *Fax*

**Equipment Sales**

**Kain McArthur Inc.**
*Territory Zip Codes: 680-648, 650-658*
2000 East Prairie Circle
Olathe, KS 66062
(913) 829-3700 *Tel*
(913) 829-0000 *Fax*

## NEVADA

**Parts and Service**

**Hi Tech Commercial Service**
1840 Stella Lake Street
Las Vegas, NV 89106
(702) 649-4616 *Tel*
(877) 924-4832 *Tel*
(702) 649-4607 *Fax*

**Equipment Sales**

**Fischer Group**
*Territory Zip Codes: 889-891*
14016 San Diego Street
North Las Vegas, NV 89032
(702) 250-8240 *Tel*

**Marketsmart, Inc.**
*Territory Zip Codes: 893-895, 897-898*
6900 Koll Center Parkway
Suite #406
Pleasanton, CA 94566
(925) 846-6237 *Tel*
(925) 846-2602 *Fax*

## NEW BRUNSWICK

**Parts and Service**

**RG Henderson**
*Territory Zip Codes:*
100 Thorncliffe Park Drive

**Equipment Sales**

**W.D. Colledge Co. Ltd.**
*Territory Zip Codes:*
New Brunswick

Toronto, Ontario M4H 1L9
(416) 422-5580 *Tel*
(800) 268-6316 *Tel*
(416) 422-5514 *Fax*

82 White Oak Terrace
Moncton, New Brunswick E1G
(506) 859-4127 *Tel*
(506) 852-4002 *Fax*

## NEWFOUNDLAND

| **Parts and Service** | **Equipment Sales** |
|---|---|

**RG Henderson**
*Territory Zip Codes:*
100 Thorncliffe Park Drive
Toronto, Ontario M4H 1L9
(416) 422-5580 *Tel*
(800) 268-6316 *Tel*
(416) 422-5514 *Fax*

**W.D. Colledge Co. Ltd.**
*Territory Zip Codes:*
New Brunswick
82 White Oak Terrace
Moncton, New Brunswick E1G
(506) 859-4127 *Tel*
(506) 852-4002 *Fax*

## NEW HAMPSHIRE

| **Parts and Service** | **Equipment Sales** |
|---|---|

**Casco**
32 Liberty Street
Allenstown, NH 03275
603-268-0606 (24 Hrs)
800-660-2058 Tel
603-268-0106 Fax

**C.R. Peterson**
*Territory Zip Codes: 030-038*
31 Eastman Street
P.O. Box 295
Easton, MA 02334
(508) 238-8821 *Tel*
(800) 257-4040 *Tel*
(800) 542-0300 *Tel*
(508) 238-3647 *Fax*

## NEW JERSEY

| **Parts and Service** | **Equipment Sales** |
|---|---|

**American Kitchen Machinery & Repair Co.**
*Shared territory: 080-087*
204 Quarry Street
Philadelphia, PA 19106
(215) 627-7760 *Tel*
(800) 848-7760 *Tel*
(215) 627-1604 *Fax*

**Pecinka Ferri Assoc., Inc.**
*Territory Zip Codes: 070-079, 087-089*
49 Sindle Avenue
Little Falls, NJ 07424
(973) 812-4277 *Tel*
(973) 812-4284 *Fax*

**Elmer Schultz**
*Shared territory: 080-087*
540 North 3rd. Street
Philadelphia, PA 19123
(800) 762-7906 *Tel (Tri state)*
(215) 627-5400 *Tel (24 hrs)*
(215) 627-5408 *Fax*

**Schmid Dewland Assoc.**
*Territory Zip Codes: 080-086*
138 Haddonfield-Berlin Road
Gibbsboro, NJ 08026
(856) 783-3400 *Tel*
(856) 783-7375 *Fax*

**Jay Hill Repairs**
*Shared territory: 070-079, 085-089, 088-089*
90 Clinton Road
Fairfield, NJ 07004
Tel. 800-529-4455

Tel. 973-575-9145
Fax 973-575-7248

**Service Plus**
*Shared territory: 070-079, 085-089, 088-089*
178 Route 206 North
Flanders, NJ 07836
(800) 833-1983 *Tel*
(973) 691-6300 *Tel (24 hrs)*
(973) 691-2070 *Fax*

## NEW MEXICO

### Parts and Service

**Certified Service Inc.**
*Territory Zip Codes: 870-884*
3427 Vassar Dr. NE
Albuquerque, NM 87107
(505) 343-9934 *Tel (24 Hrs)*
(800) 392-0134 *Tel*
(505) 343-9964 *Fax*

**Expert Refrigeration Kitchen Equipment**
*Territory Zip Codes: 879-880, 882-883*
3631 Wooster Lane
El Paso, TX 79937
915-598-1732 (24 Hrs)
866-997-0777
915-598-3169 Fax

### Equipment Sales

**Annabelle Systems, Inc.**
*Territory Zip Codes: 870-875, 877-884*
P.O. Box 25404
Albuquerque, NM 87125
(Mailing)
1010 4th St. NW
Albuquerque, NM 87102
(Shipping)
(505) 842-5724 *Tel*
(505) 842-5731 *Fax*

## NEW YORK

### Parts and Service

**Acme American Repairs**
*Territory Zip Codes: 100-108, 111-114, 116*
99 Scott Ave.
Brooklyn, NY 11237
(800) 221-3026 *Tel*
(718) 456-6544 *Tel (24 hrs)*
(718) 366-5359 *Fax*

**Action Commercial Service, Inc.**
*Territory Zip Codes: 105-109, 120-129, 133-135, 137-139*
45 South Fagan Avenue
Schenectady, NY 12304
(800) 659-8657 *Tel*
(518) 377-0911 *Tel*
(518) 377-1704 *Fax*

**Consolidate Appliance Services**
*Territory Zip Codes: 100-102,104-*

### Equipment Sales

**Benchmark/FLG Sales**
*Territory Zip Codes: 120-149*
3 Townline Circle
Rochester, NY 14623
(800) 836-6738 *Tel*
(585) 424-7420 *Tel*
(585) 295-8299 *Fax*

**Pecinka Ferri Assoc., Inc.**
*Territory Zip Codes: 100-119*
49 Sindle Avenue
Little Falls, NJ 07424
(973) 812-4277 *Tel*
(973) 812-4284 *Fax*

*109,111-116*
52 South Third Avenue
Mount Vernon, NY 10550
(914) 668-6106 *Tel*
(877) 227-2124 *Tel*
(914) 668-6284 *Fax*

## Duffy's Equipment Service
*Territory Zip Codes: 120-149*
3133 Oneida Street
Saqoit, NY 13456
(800) 836-1014 *Tel*
(315) 737-9401 *Tel*
(315) 737-7132 *Fax*
5

## Jay Hill Repairs
*Territory Zip Codes: 103*
90 Clinton Road
Fairfield, NJ 07004
(800) 529-4455 *Tel*
(973) 575-9145 *Tel*
(973) 575-7248 *Fax*

## Kitchen Repair Specialist
*Territory Zip Codes: 100-102,104,110-114,116*
1012A Jerusalem Ave
Merrick, NY 11566
(516) 221-3248 Tel.
(877) 783-0023 Tel.
(516) 221-3149 Fax .

## Service Master, Inc.
*Territory Zip Codes: 110, 115, 117-119*
401 Hempstead Avenue
West Hempstead, NY 11552
516-860-7951 *Tel*
800-846-6891 *Tel*
516-485-0668 *Fax*

## NORTH CAROLINA

### Parts and Service

### Equipment Sales

## Authorized Commercial Equipment Service
1020 Tuckaseegee Road
Charlotte, NC 28208
(800) 532-6127 *Tel*
(704) 377-4501 *Tel*
(704) 377-4504 *Fax*

## Whaley Foodservice Repairs
3630 Cessna Drive
Garner, NC 27529
919-779-2266 Tel

## Griffin Marketing Group
*Territory Zip Codes: 270-289,*
Central Office
P.O. Box 867
140 Centrum Drive
Irmo, SC 29063
(803) 407-7373 *Tel*
(803) 407-7395 *Fax*

800-849-6011 Tel
919-779-2224 Fax

## NORTH DAKOTA

**Parts and Service**          **Equipment Sales**

**General Parts Inc.**
11311 Hampshire Ave.
So. Bloomington, MN 55438-2456
(800) 279-9980 *Tel*
(612) 944-5800 *Tel*
(800) 279-9981 *Fax*

**North Star Agency**
*Territory Zip Codes:* 580-588
1405 Lilac Drive North
Suite 108
Minneapolis, MN 55422
(763) 545-1400 *Tel*
(763) 545-7158 *Fax*

## NORTHWEST TERRITORIES

**Parts and Service**          **Equipment Sales**

**There are currently no agents listed for this area, please try an adjacent area.**

## NOVA SCOTIA

**Parts and Service**          **Equipment Sales**

**RG Henderson**
*Territory Zip Codes:*
100 Thorncliffe Park Drive
Toronto, Ontario M4H 1L9
(416) 422-5580 *Tel*
(800) 268-6316 *Tel*
(416) 422-5514 *Fax*

**W.D. Colledge Co. Ltd.**
*Territory Zip Codes:*
Nova Scotia
43 Jeep Crescent
Eastern Passage, Nova Scotia
(902) 477-4562 *Tel*
(902) 477-0243 *Fax*

## NUNAVUT TERRITORY

**Parts and Service**          **Equipment Sales**

**There are currently no agents listed for this area, please try an adjacent area.**

# OHIO

| Parts and Service | Equipment Sales |
|---|---|

## A.I.S. of Youngstown
*SHARED TERRITORY*
*Territory Zip Codes: 444-455*
590 E. Western Reserve Rd.
Youngstown, OH 44514
(330) 729-9705 Tel
(877) 346-6544 Tel
(330) 729-9707 Fax

## Certified Service Center
*Territory Zip Codes: 450-452*
890 Redna Terrace
Cincinnati, OH 45215
(800) 543-2060 *Tel*
(513) 772-6600 *Tel (24 hrs)*
(513) 612-6611 *Fax*

## Commercial Parts and Service
*Territory Zip Codes: 430-433, 437-437, 446-449, 453-458*
5033 Transamerica Drive
Columbus, OH 43228
(800) 837-8327 *Tel*
(614) 221-0057 *Tel (24 hrs)*
(614) 221-3622 *Fax*

## Electrical Appliance Repair
*Territory Zip Codes: 434-436, 440-443, 448-449, 458*
5805 Valley Belt Rd.
Independence, OH 44131
(800) 621-8259 *Tel*
(216) 459-8700 *Tel*
(216) 459-8707 *Fax*

## DRC Marketing Group
*Territory Zip Codes: 430-458*
251 Outerbelt Street
Columbus, OH 43213
(877) 372-5866 *Tel*
(614) 861-2700 *Tel*
(614) 367-1450 *Fax*

## OKLAHOMA

| Parts and Service | Equipment Sales |
|---|---|
| **Hagar Restaurant Service**<br>1229 W. Main St.<br>Oklahoma City, OK 73106<br>(800) 445-1791 *Tel*<br>(405) 235-2184 *Tel (24 hrs)*<br>(405) 236-5592 *Fax* | **Ettinger - Rosini & Assoc.,**<br>*Territory Zip Codes:* 743-749<br>11114 Grader Street<br>Dallas, TX 75238<br>(214) 343-2548 *Tel*<br>(214) 343-2727 *Fax* |

## ONTARIO

| Parts and Service | Equipment Sales |
|---|---|
| **HRD Kitchen Service**<br>*Ottowa Valley*<br>4475 De Rouen St.<br>Montreal, Quebec H1V 1H1<br>(514) 254-9956 *Tel (24 Hrs)*<br>(800) 363-9319 *Tel*<br>(514) 251-2562 *Fax* | **W.D. Colledge Co. Ltd.**<br>*Territory Zip Codes:*<br>Ontario<br>3220 Orlando Dr Unit 3<br>Mississauga, Ontario L4V 1R5<br>(905) 677-4428 *Tel*<br>(905) 677-5357 *Fax* |
| **R G HENDERSON**<br>100 Thorncliffe Park Drive<br>Toronto, Ontario M4H 1L9<br>(416) 422-5580 *Tel*<br>(800) 268-6316 *Tel*<br>(416) 422-5514 *Fax* | |

## OREGON

| Parts and Service | Equipment Sales |
|---|---|
| **Ron's Service**<br>16364 S.W. 72nd. Ave.<br>Portland, OR 97224<br>(800) 851-4118 *Tel*<br>(503) 624-0890 *Tel*<br>(503) 684-6107 *Fax* | **Gilbertson, Fereday & Roberts**<br>*Territory Zip Codes:* 970-979<br>6323 NW Manor Drive<br>Portland, OR 97210<br>(971) 219-6563 *Tel*<br>(503) 674-2408 *Fax* |

## PENNSYLVANIA

| Parts and Service | Equipment Sales |
|---|---|
| **A.I.S. of Pittsburgh**<br>*SHARED TERRITORY*<br>*Territory Zip Codes:* 150-168, 172<br>740 Vista Park Drive<br>Pittsburgh, PA 15205<br>(412) 809-0244 *Tel*<br>(800) 726-6020 *Tel*<br>(412) 809-0246 *Fax*<br><br>**American Kitchen** | **DRC Marketing Group**<br>*Territory Zip Codes:* 150-167<br>10376 Lake Meadows Drive<br>Strongsville, OH 44136<br>(440) 878-1901 *Tel*<br>(440) 878-1839 *Fax*<br><br>**Schmid Dewland Assoc.**<br>*Territory Zip Codes:* 168-191, 193-196,<br>138 Haddonfield-Berlin Road |

**Machinery & Repair**
*SHARED TERRITORY*
Territory Zip Codes: 189-194
204 Quarry Street
Philadelphia, PA 19106
(800) 848-7760 *Tel*
(215) 627-7760 *Tel*
(215) 627-1604 *Fax*

**Elmer Schultz**
*SHARED TERRITORY*
Territory Zip Codes: 189-194
540 North 3rd. Street
Philadelphia, PA 19123
(800) 762-7906 *Tel (tri state)*
(215) 627-5400 *Tel (24 hrs)*
(215) 627-5408 *Fax*

**K & D Parts & Service Co.**
Territory Zip Codes: 169-171, 173-188, 195-196
1833 N. Cameron St.
Harrisburg, PA 17103
(800) 932-0503 *Tel (24 hrs)*
(717) 236-9039 *Tel (24 hrs)*
(717) 238-4367 *Fax*

Gibbsboro, NJ 08026
(856) 783-3400 *Tel*
(856) 783-7375 *Fax*

## PRINCE EDWARD ISLAND

### Parts and Service

**RG Henderson**
Territory Zip Codes:
100 Thorncliffe Park Drive
Toronto, Ontario M4H 1L9
(416) 422-5580 *Tel*
(800) 268-6316 *Tel*
(416) 422-5514 *Fax*

### Equipment Sales

**W.D. Colledge Co. Ltd.**
Territory Zip Codes:
New Brunswick
82 White Oak Terrace
Moncton, New Brunswick E1G
(506) 859-4127 *Tel*
(506) 852-4002 *Fax*

## QUEBEC

### Parts and Service

**HRD Kitchen Service**
4575 De Rouen Street
Montreal, Quebec H1V 1H1
(800) 363-9319 *Tel*
(514) 254-9956 *Tel*
(514) 251-2562 *Fax*

### Equipment Sales

**W.D. Colledge Co. Ltd.**
Territory Zip Codes:
Ottawa Valley
8586A Lemieux Street
LaSalle, Quebec H8N 2B6
(514) 365-3753 *Tel*
(514) 365-0761 *Fax*

## RHODE ISLAND

**Parts and Service**

**Marshall Electric**
200 Broad St.
Providence, RI 02903
(401) 331-1163 Tel
(800) 356-0411
(24 Hrs - MA & CT only)
401-521-5560 Fax

**Equipment Sales**

**C.R. Peterson**
*Territory Zip Codes: 028-029*
31 Eastman Street
P.O. Box 295
Easton, MA 02334
(508) 238-8821 *Tel*
(800) 257-4040 *Tel*
(800) 542-0300 *Tel*
(508) 238-3647 *Fax*

## SOUTH CAROLINA

**Parts and Service**

**Authorized Commercial Equipment Service**
*Shared Territory*
1811 Taylor Street
Columbia, South Carolina 29201
803-254-8414 Tel
800-532-8127 Tel
803-254-5146 Fax

**Whaley Foodservice Repairs**
*Shared Territory*
137 Cedar Road
Lexington, SC 29073
(803) 996-9900 *Tel*
(888) 877-2662 *Tel*
(803) 996-9910 *Fax*

**Equipment Sales**

**Griffin Marketing Group**
*Territory Zip Codes: 290-299*
P.O. Box 867
140 Centrum Drive
Irmo, SC 29063
(803) 407-7373 *Tel*
(803) 407-7395 *Fax*

## SOUTH DAKOTA

**Parts and Service**

**General Parts Inc.**
11311 Hampshire Ave.
So. Bloomington, MN 55438-2456
(952) 944-5800 *Tel (24 Hrs)*
(800) 279-9980 *Tel*
(800) 279-9981 *Fax*

**Equipment Sales**

**North Star Agency**
*Territory Zip Codes: 570-577*
1405 Lilac Drive North
Suite 108
Minneapolis, MN 55422
(763) 545-1400 *Tel*
(763) 545-7158 *Fax*

## TENNESSEE

**Parts and Service**

**Camp Electric**
*Territory Zip Codes: 375, 380-383*
647 Madison Ave
Memphis, TN 38103
(800) 238-7345 *Tel*

**Equipment Sales**

**P.M.R.**
*Territory Zip Codes: 370-379, 384-385*
6079 Oakbrook Parkway
Norcross, GA 30093
(770) 441-3100 *Tel*

(901) 527-7543 *Tel (24 hrs)*
(901) 526-3379 *Fax*

**FESCO Food Equipment Services Company**
*Territory Zip Codes: 370-372, 384-385*
1106 Elm Hill Pike - Suite 105B
Nashville, TN 38103
(866) 724-1118 *Tel*
(615) 724-1118 *Tel*
(615) 724-1121 *Fax*
TNNEE

**FESCO Food Equipment Services Company**
*Territory Zip Codes: 373-374, 376-379*
1209 South Watkins Street
Chattanooga, TN 37404
(865) 624-3381 *Tel (24 Hrs)*
(800) 727-8447 *Tel*
(865) 624-3383 *Fax*

(800) 836-2716 *Tel*
(770) 449-6834 *Fax*

# TEXAS

## Parts and Service

**Armstrong Repair**
*Territory Zip Codes:770-778, 789*
5110 Glenmont Drive
Houston, TX 77081
(800) 392-5325 *Tel*
(713) 666-7100 *Tel*
(713) 665-5542 *Fax*

**Commercial Kitchen Parts & Service**
*Territory Zip Codes: 765, 768-769, 779-788*
1377 North Brazos
San Antonio, TX 78207
(800) 292-2120 *Tel*
(210) 735-2811 *Tel (24 hrs)*
(210) 735-7421 *Fax*

**Expert Refrigeration Kitchen Equipment**
*Territory Zip Codes: 797-799, 885*
3631 Wooster Lane
El Paso, TX 79937
915-598-1732 (24 Hrs)
866-997-0777
915-598-3169 Fax

**Hagar Restaurant Service**
*Shared Territory Zip Codes: 750-764, 766-767, 790-799, 885*
433 Regal Row

## Equipment Sales

**Annabelle Systems, Inc.**
*Territory Zip Codes: 798-799*
P.O. Box 25404
Albuquerque, NM 87125
(Mailing)
1010 4th St. NW
Albuquerque, NM 87102
(Shipping)
(505) 842-5724 *Tel*
(505) 842-5731 *Fax*
TEXA

**Ettinger - Rosini & Assoc.,**
*Territory Zip Codes: 750-797*
11114 Grader Street
Dallas, TX 75238
(214) 343-2548 *Tel*
(214) 343-2727 *Fax*

Dallas, TX 75247
(866) 919-5200 *Tel*
(214) 574-5200 *Tel*
(214) 574-5211 *Fax*

**Stove Parts Supply
Company**
*Shared Territory Zip Codes: 750-764, 766-767, 790-799, 885*
2120 Solona Street
Fort Worth, TX 76117
(800) 772-7420 *Tel*
(817) 831-0381 *Tel*
(800) 272-7358 *Fax*

## U.S. GOVERNMENT

| Parts and Service | Equipment Sales |
|---|---|
| | **Commercial & Marine**
*Territory Zip Codes:*
4849 Ronson Court #212
San Diego, CA 92111
(858) 560-2800 *Tel*
(858) 560-2801 *Fax* |

## UTAH

| Parts and Service | Equipment Sales |
|---|---|
| **LaMonica's Restaurant Equipment**
6211 South 380 W.
Murray, UT 84107
(801) 263-3221 *Tel*
(800) 527-2561 *Tel*
(801) 263-3229 *Fax* | **Johnson Pike & Assoc.,**
*Territory Zip Codes: 840-847*
5023 West Cherry Laurel Lane
West Jordan, UT 84088
(801) 260-1840 *Tel*
(801) 260-1935 *Fax* |

## VERMONT

| Parts and Service | Equipment Sales |
|---|---|
| **Commercial Services**
177 River Street
Montpelier, VT 05601
(800) 479-5110 *Tel*
(802) 223-5110 *Tel (24 hrs)*
(802) 223-0382 *Fax* | **C.R. Peterson**
*Territory Zip Codes: 050-054, 056-059*
31 Eastman Street
P.O. Box 295
Easton, MA 02334
(800) 257-4040 *Tel*
(800) 542-0300 *Tel* |

(508) 238-8821 *Tel*
(508) 238-3647 *Fax*

## VIRGINIA

| Parts and Service | Equipment Sales |
|---|---|

**Daubers Inc.**
*Territory Zip Codes:* 201, 220-241, 244-245
7645 Dynatech Court
Springfield, VA 22153
(800) 554-7788 *Tel*
(703) 866-3600 *Tel (24 hrs)*
(703) 866-4071 *Fax*

**FESCO Food Equipment Service Company**
*Territory Zip Codes:* 242-243, 246
1209 South Watkins Street
Chattanooga, TN 37404
(865) 624-3381 *Tel (24 Hrs)*
(800) 727-8447 *Tel*
(865) 624-3383 *Fax*

**Schmid Wilson Group**
*Territory Zip Codes:* 201, 220-246
1936 Regiment Terrace
Midlothian, VA 23113
(804) 794-7492 *Tel*
(804) 794-3931 *Fax*

## WASHINGTON

| Parts and Service | Equipment Sales |
|---|---|

**Restaurant Appliance Service**
*Territory Zip Codes:* Entire state of WA excluding 986
7219 Roosevelt Way N.E.
Seattle, WA 98115-5692
(866) 770-2022 *Tel (tri state)*
(206) 524-8200 *Tel (24 hrs)*
(206) 525-2890 *Fax*

**Ron's Service Inc.**
*Territory Zip Codes:* 986
16364 S.W. 72nd Avenue
Portland, OR 97224
(503) 624-0890 (24 Hrs)
(800) 851-4118 Tel
(503) 684-6107 Fax

**Gilbertson, Fereday & Roberts**
*Territory Zip Codes:* 980-986, 988-994
8557 154th Ave NE
Redmond, WA 98052
(425) 284-3358 *Tel*
(425) 885-5957 *Fax*

## WEST VIRGINIA

| Parts and Service | Equipment Sales |
|---|---|

**Statewide Services**
*Territory Zip Codes:* 247-268
603 Main Street
Nitro, WV 25143
(800) 441-9739 *Tel*

**DRC Marketing Group**
*Territory Zip Codes:* 247-268
251 Outerbelt Street
Columbus, OH 43213
(877) 372-5866 *Tel*
(614) 861-2700 *Tel*

(304) 775-1881 *Tel*
(304) 755-4001 *Fax*

(614) 367-1450 *Fax*

## WISCONSIN

**Parts and Service**          **Equipment Sales**

**General Parts - WI**
*Territory Zip Codes: 530-549*
W. 223 N. 735 Saratoga Dr.
Waukesha, WI 53186
(800) 279-9976 *Tel*
(262) 650-6666 *Tel (24 hrs)*
(262) 650-6660 *Fax*

**North Star Agency**
*Territory Zip Codes: 540, 547-548*
1405 Lilac Drive North
Suite 108
Minneapolis, MN 55422
(763) 545-1400 *Tel*
(763) 545-7158 *Fax*

**Specialized Marketing of**
*Territory Zip Codes: 530-532,*
*534-535, 537-539, 541-546*
2236 Bluemound Rd.
Unit B
Waukesha, WI 53186
(262) 798-1533 *Tel*
(800) 337-2882 *Tel*
(262) 798-1536 *Fax*

## WYOMING

**Parts and Service**          **Equipment Sales**

**Metro Appliance Service**
1640 South Broadway
Denver, CO 80210
(800) 525-3532 *Tel*
(303) 778-1126 *Tel (24 hrs)*
(303) 778-0268 *Fax*

**Johnson Pike & Assoc.,**
*Territory Zip Codes: 800-816, 820-831*
740 Umatilla Street
Denver, CO 80204
(303) 572-0084 *Tel*
(303) 572-8152 *Fax*

## YUKON TERRITORY

**Parts and Service**          **Equipment Sales**

**There are currently no agents listed for this area,
please try an adjacent area.**

A B C D F G H I K L M N O P Q R S T U V W Y

# EXHIBIT F

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **ILLINOIS NORTHERN** | | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | U.S. | Circuit |
| **OVERALL CASELOAD STATISTICS** | Filings* | | 8,093 | 9,056 | 10,584 | 11,126 | 11,135 | 10,957 | U.S. | Circuit |
| | Terminations | | 8,255 | 8,805 | 11,461 | 10,888 | 10,709 | 10,319 | | |
| | Pending | | 7,711 | 7,914 | 7,706 | 8,699 | 8,587 | 8,271 | | |
| | % Change in Total Filings | Over Last Year | | -10.6 | | | | | 78 | 6 |
| | | Over Earlier Years | | | -23.5 | -27.3 | -27.3 | -26.1 | 92 | 7 |
| Number of Judgeships | | | 22 | 22 | 22 | 22 | 22 | 22 | | |
| Vacant Judgeship Months** | | | 5.7 | 12.0 | 9.6 | 22.1 | 17.8 | 3.3 | | |
| **ACTIONS PER JUDGESHIP** | FILINGS | Total | 367 | 412 | 481 | 505 | 506 | 498 | 66 | 5 |
| | | Civil | 330 | 369 | 437 | 461 | 459 | 470 | 46 | 4 |
| | | Criminal Felony | 26 | 34 | 32 | 38 | 39 | 28 | 90 | 7 |
| | | Supervised Release Hearings** | 11 | 9 | 12 | 6 | 8 | - | 78 | 6 |
| | Pending Cases | | 351 | 360 | 350 | 395 | 390 | 376 | 61 | 4 |
| | Weighted Filings** | | 443 | 485 | 512 | 526 | 525 | 503 | 43 | 4 |
| | Terminations | | 375 | 400 | 521 | 495 | 487 | 469 | 66 | 5 |
| | Trials Completed | | 11 | 13 | 12 | 12 | 14 | 15 | 86 | 6 |
| **MEDIAN TIMES (months)** | From Filing to Disposition | Criminal Felony | 13.9 | 12.9 | 10.3 | 9.9 | 10.3 | 9.9 | 87 | 7 |
| | | Civil** | 6.5 | 6.9 | 5.9 | 5.5 | 5.5 | 5.6 | 7 | 2 |
| | From Filing to Trial** (Civil Only) | | 26.4 | 27.0 | 28.4 | 26.0 | 26.0 | 26.3 | 51 | 5 |
| **OTHER** | Civil Cases Over 3 Years Old** | Number | 500 | 388 | 337 | 442 | 461 | 485 | | |
| | | Percentage | 7.4 | 5.6 | 5.0 | 5.6 | 6.0 | 6.4 | 61 | 6 |
| | Average Number of Felony Defendants Filed Per Case | | 1.8 | 1.9 | 1.9 | 1.7 | 1.7 | 1.6 | | |
| | Jurors | Avg. Present for Jury Selection | 45.07 | 51.46 | 39.36 | 45.57 | 43.63 | 39.43 | | |
| | | Percent Not Selected or Challenged | 30.9 | 36.9 | 31.0 | 37.3 | 34.8 | 36.7 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 7265 | 112 | 175 | 631 | 42 | 110 | 1401 | 977 | 565 | 496 | 1490 | 39 | 1227 |
| Criminal* | 576 | 1 | 161 | 44 | 63 | 140 | 60 | 23 | 12 | 17 | 5 | 18 | 32 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
** See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| NO. CAROLINA WESTERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | | |
| | | | | | | | | | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 1,672 | 1,604 | 1,686 | 1,508 | 1,416 | 1,518 | U.S. | Circuit |
| | Terminations | | 1,748 | 1,598 | 1,419 | 1,416 | 1,543 | 1,457 | | |
| | Pending | | 1,659 | 1,751 | 1,740 | 1,485 | 1,368 | 1,522 | | |
| | % Change in Total Filings | Over Last Year | | 4.2 | | | | | 10 | 1 |
| | | Over Earlier Years | | | -.8 | 10.9 | 18.1 | 10.1 | 29 | 3 |
| Number of Judgeships | | | 5 | 5 | 5 | 5 | 3 | 3 | | |
| Vacant Judgeship Months** | | | 18.7 | 16.9 | 12.0 | 12.6 | .0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 334 | 321 | 337 | 301 | 472 | 506 | 71 | 7 |
| | | Civil | 214 | 197 | 223 | 216 | 323 | 400 | 75 | 8 |
| | | Criminal Felony | 97 | 106 | 96 | 61 | 117 | 106 | 26 | 4 |
| | | Supervised Release Hearings** | 23 | 18 | 18 | 24 | 32 | - | 44 | 8 |
| | Pending Cases | | 332 | 350 | 348 | 297 | 456 | 507 | 66 | 4 |
| | Weighted Filings** | | 393 | 400 | 416 | 365 | 573 | 579 | 66 | 8 |
| | Terminations | | 350 | 320 | 284 | 283 | 514 | 486 | 70 | 7 |
| | Trials Completed | | 18 | 17 | 13 | 15 | 37 | 28 | 50 | 5 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 13.7 | 12.9 | 13.3 | 14.9 | 13.2 | 12.7 | 86 | 9 |
| | | Civil** | 9.8 | 10.9 | 10.0 | 10.8 | 9.1 | 9.2 | 54 | 6 |
| | From Filing to Trial** (Civil Only) | | - | 27.0 | - | - | - | - | - | - |
| OTHER | Civil Cases Over 3 Years Old** | Number | 70 | 46 | 50 | 42 | 48 | 47 | | |
| | | Percentage | 7.2 | 4.4 | 4.2 | 3.9 | 5.1 | 4.2 | 58 | 7 |
| | Average Number of Felony Defendants Filed Per Case | | 1.7 | 1.8 | 1.8 | 2.2 | 1.9 | 2.2 | | |
| | Jurors | Avg. Present for Jury Selection | 27.30 | 30.07 | 30.57 | 31.23 | 32.38 | 28.05 | | |
| | | Percent Not Selected or Challenged | 18.1 | 27.3 | 29.3 | 31.0 | 30.1 | 33.6 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1068 | 67 | 174 | 235 | 39 | 11 | 45 | 121 | 63 | 104 | 136 | 4 | 69 |
| Criminal* | 481 | 5 | 92 | 42 | 179 | 55 | 26 | 25 | 6 | 6 | 6 | 10 | 29 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# EXHIBIT G

# AIPLA

# Report of the Economic Survey

# 2007

Prepared Under Direction of
Law Practice Management Committee

American Intellectual Property Law Association
241 18th Street South, Suite 700
Arlington, Virginia 22202
www.aipla.org

# Total Costs: Litigation-Trademark Infringement by Location

## Litigation-Trademark Infringement Less than $1M at risk-End of Discovery (000s) (Q37a)

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash. DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 218 | 12 | 13 | 13 | 7 | 22 | 12 | 8 | 11 | 11 | 5 | 48 | 20 | 10 | 12 |
| Mean (Average) | $184 | $228 | $169 | $110 | $169 | $168 | $229 | $214 | $288 | $220 | $156 | $226 | $146 | $196 | $168 |
| First Quartile 25% | $80 | $63 | $23 | $10 | $50 | $100 | $163 | $100 | $150 | $188 | $75 | $131 | $46 | $100 | $75 |
| Median (Midpoint) | $150 | $175 | $100 | $125 | $100 | $150 | $213 | $200 | $300 | $200 | $150 | $175 | $113 | $225 | $150 |
| Third Quartile 75% | $250 | $350 | $325 | $175 | $163 | $200 | $306 | $300 | $385 | $263 | $200 | $288 | $225 | $250 | $260 |

## Litigation-Trademark Infringement Less than $1M at risk--inclusive, all costs (000s) (Q37b)

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash. DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 216 | 13 | 14 | 7 | 21 | 13 | 7 | 11 | 9 | 5 | 49 | 18 | 10 | 12 | 27 |
| Mean (Average) | $327 | $388 | $267 | $222 | $255 | $268 | $374 | $434 | $431 | $390 | $292 | $398 | $286 | $504 | $293 |
| First Quartile 25% | $150 | $150 | $84 | $30 | $138 | $125 | $210 | $120 | $225 | $288 | $125 | $200 | $125 | $263 | $200 |
| Median (Midpoint) | $255 | $175 | $250 | $125 | $225 | $250 | $350 | $350 | $500 | $400 | $250 | $375 | $200 | $400 | $250 |
| Third Quartile 75% | $450 | $675 | $450 | $400 | $375 | $325 | $500 | $600 | $600 | $488 | $400 | $500 | $350 | $563 | $400 |

## Litigation-Trademark Infringement $1-$25M at risk-End of Discovery (000s) (Q37c)

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash. DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 190 | 11 | 9 | 12 | 20 | 9 | 7 | 10 | 10 | 4 | 43 | 12 | 9 | 12 | 22 |
| Mean (Average) | $437 | $548 | $312 | $414 | $530 | $408 | $423 | $493 | $745 | $538 | $324 | $431 | $439 | $418 | $424 |
| First Quartile 25% | $200 | $150 | $125 | $178 | $150 | $213 | $300 | $263 | $475 | NA | $150 | $200 | $175 | $225 | $159 |
| Median (Midpoint) | $350 | $300 | $250 | $363 | $450 | $400 | $400 | $325 | $600 | $475 | $250 | $325 | $350 | $450 | $200 |
| Third Quartile 75% | $600 | $750 | $550 | $700 | $788 | $550 | $575 | $600 | $1,063 | $488 | $450 | $588 | $500 | $613 | $550 |