IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIDDLEBY MARSHALL INC. | ) | |
| and | ) ) ) | |
| G.S. BLODGETT CORPORATION | ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 08 C 369 |
| v. | ) ) | The Honorable Ruben Castillo U.S. District Court Judge |
| PIZZA EQUIPMENT SUPPLY, INC. | ) ) ) ) | The Honorable Geraldine Soat Brown U.S. Magistrate Judge |
| Defendant | ) | |

**NOTICE OF DEFENDANT'S MOTION TO DISMISS OR, ALTERNATIVELY,
TO TRANSFER TO NORTH CAROLINA**

To:   Charles A. Laff, Esq.
       Martin L. Stern, Esq.
       Judith L. Grubner, Esq.
       Marshall J. Schmitt, Esq.
       MICHAEL BEST & FRIEDRICH LLP
       180 North Stetson Avenue
       Suite 2000
       Chicago, IL 60601-6710

PLEASE TAKE NOTICE that on Wednesday, March 19, 2008 at 9:45 a.m. or as soon thereafter as counsel may be heard, we shall appear before The Honorable Ruben Castillo, or any other judge sitting in his stead, in the courtroom usually occupied by him in Room 2141 at the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and present DEFENDANT'S MOTION TO DISMISS OR, ALTERNATIVELY, TO TRANSFER TO NORTH CAROLINA.

A copy of said motion, supporting memorandum and Declarations are hereby served upon you.

                                       Respectfully submitted,

                                       /s/ Kevin J. McDevitt

Susan Neal
Kevin J. McDevitt
NEAL & MCDEVITT, LLC
1776 Ash Street
Northfield, IL 60093
Phone: 847.441.9100
Fax: 847.441.0911
E-Mail: kmcdevitt@nealmcdevitt.com
(Local Counsel)

David P. Miranda
Brett M. Hutton
HESLIN ROTHENBERG FARLEY
  & MESITI, P.C.
5 Columbia Circle
Albany, NY 12203
Phone: 518.452.5600
Facsimile: 518.452.5579
E-mail: BH@hrfmlaw.com
(Pro Hac Vice Admission Pending)

*Attorneys for Defendant*
*Pizza Equipment Supply, Inc.*