**Laurin Grabowski**

| | |
|---|---|
| **From:** | Kevin McDevitt |
| **Sent:** | Tuesday, March 11, 2008 12:41 PM |
| **To:** | calaff@michaelbest.com |
| **Cc:** | 'Brett Hutton'; David P. Miranda; Susan Neal; Laurin Grabowski; e-mail |
| **Subject:** | Middleby Marshall/G.S. Blodgett v. Pizza Equipment Supply, Inc. -Our File 61075.0011 |

Dear Chuck:

Thank you for your facsimile dated yesterday.

To confirm our telephone conversation this morning, Brett Hutton has received your client's latest settlement proposal and is discussing same with our client. He hopes to get back to you with a response later this week.

Regarding Defendant's Motion to Dismiss/Transfer, we discussed Defendant's preference not to withdraw such motion. Rather than having Defendant send you a letter summarizing the legal and factual grounds for the motion to dismiss at this point, you have agreed to accept Defendant's memorandum in support of its motion for this purpose. We also agreed to tentatively schedule a telephone call for 3:00 p.m. Central time tomorrow to discuss whether we can resolve any issues relating to the motion. If we can resolve any of the issues, Defendant agrees to modify the motion accordingly. After our telephone call, we will also submit a modified statement of compliance with the Court.

Please confirm that 3:00 p.m. tomorrow works for you. Thereafter, we will send around a call in number.

Thank you for your cooperation Chuck.

Sincerely,
Kevin

**Kevin J. McDevitt**
Neal & McDevitt, LLC
**Intellectual Property & Marketing Attorneys**
1776 Ash Street
Northfield, IL 60093
direct 847.881.2451
main 847.441.9100
fax 847.441.0911
kmcdevitt@nealmcdevitt.com
http://www.nealmcdevitt.com

This message is intended only for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please delete it from your system and notify the sender identified above by e-mail.