UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Middleby Marshall Inc., et al.
                                   Plaintiff,

v.                                                  Case No.: 1:08−cv−00369
                                                    Honorable Ruben Castillo

Pizza Equipment Supply, Inc.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

MINUTE entry before Judge Honorable Ruben Castillo:Parties' oral request to reset the status hearing is granted. Status hearing reset to 4/3/2008 at 9:30 a.m. Status hearing set for 3/20/2008 is vacated. Defendant's motion to dismiss or, alternatively, to transfer to North Carolina [16] is entered and continued to 4/3/2008 at 9:30 a.m.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.