**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Middleby Marshall Inc., et al.
                             Plaintiff,

v.                                              Case No.: 1:08−cv−00369
                                                             Honorable Ruben Castillo

Pizza Equipment Supply, Inc.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:Status hearing set for 4/3/2008 is vacated. Counsel notified the Court that the parties have reached a tentative settlement. The Court hereby dismisses this lawsuit without prejudice subject to a dismissal with prejudice upon the filing of a stipulation or appropriate settlement documents by 5/5/2008. Defendant's motion to dismiss or, alternatively, to transfer to North Carolina [16] is denied as moot. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.