UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Middleby Marshall Inc., et al.
                              Plaintiff,

v.                                        Case No.: 1:08−cv−00369
                                          Honorable Ruben Castillo

Pizza Equipment Supply, Inc.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

MINUTE entry before the Honorable Ruben Castillo:Parties' oral request for an extension of time to submit the stipulation or settlement documents dismissing this action with prejudice is granted. The parties are given until 7/11/2008 to submit a stipulation or settlement documents dismissing this action with prejudice.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.