**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MIDDLEBY MARSHALL INC. and G.S. BLODGETT COMPANY, <br><br> Plaintiffs, <br> v. <br><br> PIZZA EQUIPMENT SUPPLY, INC, <br><br> Defendant. | ) <br> ) <br> ) Civil Action No. 08 C 369 <br> ) <br> ) <br> ) The Honorable Ruben Castillo <br> ) U.S. District Court Judge <br> ) <br> ) The Honorable Geraldine Soat Brown <br> ) U.S. Magistrate Judge |

### STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and a Settlement Agreement between the parties effective July 11, 2008, Plaintiffs Middleby Marshall Inc. and G.S. Blodgett Corporation and Defendant Pizza Equipment Supply, Inc. hereby stipulate, by their attorneys, that this action be dismissed with prejudice, without costs or attorney's fees to any party.

Dated: July 11, 2008

| For Plaintiffs | For Defendant |
|---|---|
| By:   s/Judith L. Grubner <br> One of Their Attorneys <br> Charles A. Laff (#01558153) <br> Martin L. Stern (#02727307) <br> Judith L. Grubner (#06180359) <br> Marshall J. Schmitt (#06184893) <br> MICHAEL BEST & FRIEDRICH LLP <br> 180 North Stetson Avenue <br> Suite 2000 <br> Chicago, IL 60601-6710 <br> Phone: 312.222.0800 | By:   s/Brett M. Hutton <br> One of Its Attorneys <br> Kevin McDevitt (#06205086) <br> NEAL & MCDEVITT <br> 1776 Ash Street <br> Northfield, IL 60093 <br> Phone: 847.441.9100 <br> (Local Counsel) <br><br> David P. Miranda <br> Brett M. Hutton <br> HESLIN ROTHENBERG FARLEY <br> & MESITI, P.C. <br> 5 Columbia Circle <br> Albany, NY 12203 <br> Phone: 518.452.5600 <br> (Pro Hac Vice Admission Pending) |